# EXHIBIT A

File No. 26CV000102-860

_____ SHAIN _____ County

In The General Court Of Justice
☐ District   ☒ Superior Court Division

**Name And Address Of Plaintiff 1**
MAGGIE'S GIFT MART, LLC
P.O. BOX 129

MAGGIE VALLEY                    NC        28751

**Name And Address Of Plaintiff 2**

# GENERAL
# CIVIL ACTION COVER SHEET

☒ INITIAL FILING   ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

## VERSUS

**Name And Address Of Defendant 1**
FRANKENMUTH INSURANCE COMPANY
North Carolina Department of Insurance
1201 Mail Service Center
Raleigh                          NC        27699

**Name And Address Of Attorney Or Party, If Not Represented**
(complete for initial appearance or change of address)

**Summons Submitted**
☐ Yes   ☐ No

| Telephone No. | Cellular Telephone No. |
|---|---|

| NC Attorney Bar No. | Attorney Email Address |
|---|---|

**Name And Address Of Defendant 2**

☐ Initial Appearance in Case   ☐ Change of Address

| Name Of Firm | Fax No. |
|---|---|

**Summons Submitted**
☐ Yes   ☐ No

**Counsel For**
☐ All Plaintiffs   ☐ All Defendants   ☐ Only: (list party(ies) represented)

☐ Jury Demanded In Pleading   ☐ Complex Litigation   ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)
☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) (see Note)
☐ Change Venue (CHVN)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) Assess Court Costs
☐ Crossclaim (list on back) (CRSS) Assess Court Costs
☐ Dismiss (DISM) Assess Court Costs
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute Of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☐ Other (specify and list each separately)

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

# STATE OF NORTH CAROLINA

_____ SWAIN _____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff | |
| MAGGIE'S GIFT MART, LLC | |
| Address | |
| P.O. BOX 129 | |
| City, State, Zip | |
| MAGGIE VALLEY NC 28751 | |

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**VERSUS**

G.S. 1A-1, Rules 3 and 4

| |
|---|
| Name Of Defendant(s) |
| FRANKENMUTH INSURANCE COMPANY |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| North Carolina Department of Insurance | |
| 1201 Mail Service Center | |
| | |
| Raleigh NC 27699 | |

**IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra!** Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Charles Gowland, Esquire - 41824 | 4/30/2026 | 4:50 ☐ AM ☒ PM |
| Morgan Law Group | Signature | |
| 8024 Glenwood Ave, Suite 305 | | 4/30/2026 4:50:57 PM |
| Raleigh, NC 27612 | ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | |

| | Date Of Endorsement | Time |
|---|---|---|
| ☐ ENDORSEMENT (ASSESS FEE) This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 3 of 143

STATE OF NORTH CAROLINA

COUNTY OF SWAIN

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO: 26CV000102-860

| | |
|---|---|
| *MAGGIE'S GIFT MART LLC,* | COMPLAINT FOR DAMAGES |
| Plaintiff, | |
| vs. | Sounding in: |
| *FRANKENMUTH INSURANCE COMPANY,* | (1) *Breach of Contract of Insurance*; (2) *Unfair Trade Practices;* and (3) *Bad Faith;* |
| Defendant. | and seeking Declaratory Relief |
| | (Jury Trial Demanded) |

NOW COMES the Plaintiff, Maggie's Gift Mart LLC, by and through its undersigned counsel of record, and – complaining of the Defendant – says and alleges as follows:

## PARTIES AND JURISDICTION:

1. That the Plaintiff, *Maggie's Gift Mart LLC* (hereinafter, sometimes referred to as simply the "Insured/Plaintiff" and/or "*Maggie's Gift Mart*"), is – and was, at all times relevant herein – a limited liability company organized and existing under the laws of the State of North Carolina, with its principal place of business located in Cherokee, Swain County, North Carolina.

2. Upon information and belief, the Defendant, *FRANKENMUTH INSURANCE COMPANY* (the "Insurer/Defendant" and/or "*FRANKENMUTH*"), is a mutual insurance company, organized and existing under the laws of the State of Michigan, and is – and was, at all times relevant herein – licensed and admitted to solicit, sell and issue policies of property and other insurance and to otherwise transact business as a property and casualty insurance company in all fifty (50) states of the United States of America, to specifically in the State

Electronically Filed Date: 4/30/2026 4:32 PM Swain Superior Court County Clerk of Superior Court

of North Carolina (under its NAIC Company Code Number 13986 and its SBS Company Number 119500032).

3. In registering *FRANKENMUTH INSURANCE COMPANY* with the North Carolina Department of Insurance as an authorized and admitted *property and casualty insurance company*, the Defendant, *FRANKENMUTH*, purposely availed itself of and submitted itself and the consequences of its contacts, contracts and other actions in North Carolina to the laws and other benefits of the State of North Carolina and otherwise established and maintained sufficient minimum contacts with the State of North Carolina to satisfy the North Carolina long-arm statute and other such due process requirements requisite to both being called to answer and otherwise be subject to the jurisdiction of North Carolina's State and Federal Courts with regard to property insurance policies (to include the contract of insurance at issue herein, as discussed more fully, *infra*) sold and/or otherwise issued by the Defendant, *FRANKENMUTH*, in the State of North Carolina. *FRANKENMUTH* can be served with process at the Office of the Commissioner of the North Carolina Department of Insurance, at 1201 Mail Service Center, Raleigh, North Carolina 27699 (N.C. Gen. Stat. § 58-16-30).

4. This matter arises from commercial property insurance claims rightfully made by the Insured/Plaintiff, *Maggie's Gift Mart*, and wrongfully denied and otherwise left unpaid by *FRANKENMUTH*, in unfair and deceptive and repeated, unreasonable, unfounded, unlawful, material, bad faith breach of a policy of commercial property insurance issued by *FRANKENMUTH*, insuring the Insured/Plaintiff, *Maggie's Gift Mart's* commercial property in Swain County, North Carolina.

5. Hence, this Court has jurisdiction over the parties and the subject matter of this claim; and venue is proper.

## FACTUAL ALLEGATIONS:

### Summation:

6. As aforesaid, this matter arises from an insurance claim made by the Insured/Plaintiff, *Maggie's Gift Mart*, with the Insurer/Defendant, *FRANKENMUTH*. The Insured/Plaintiff, *Maggie's Gift Mart* made the operative claim ("the Subject Claim") in the aftermath of a September 27, 2024 Hurricane Helene wind and rain damage event (the "Subject Damage"), which such failure caused extensive damages to the roofing system, interior building components, business personal property, and various other elements of the Insured's commercial property (the "Subject Property"). The Insurer/Defendant, *FRANKENMUTH* has since repeatedly, unlawfully, wrongfully denied an entire element of the Subject Claim, even in the face of overwhelmingly clear evidence of the wrongfulness of such denial, and even given multiple opportunities to correct its wrongful conduct.

7. During their designated claims representatives' adjustment of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim arising from the aforementioned Subject Failure, *FRANKENMUTH* has failed utterly and absolutely to apply any semblance of the reasonable and appropriate levels of good faith required of *FRANKENMUTH* in their investigation, adjustment and quantification of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim, so much so that – among its many claims-handling sins, only several of which are narrated hereafter (for the sake of brevity) – *FRANKENMUTH* actually ultimately asserted a wholly-manufactured (i.e., nonexistent) damage/coverage exclusion. Thereafter (upon their claimed "completion" of their investigation of the Subject Claim), *FRANKENMUTH* repeatedly doubled down on their wrongful damage/coverage assertion, by (i) refusing to comply with the Insured/Plaintiff, *Maggie's Gift Mart's* undersigned attorney, Charles Gowland's repeated, express, reasonable, written requests for a "detailed

written explanation" – from the Insurer/Defendant, *FRANKENMUTH* -- of the basis "in the operative insurance policy, the law, and the facts" of *FRANKENMUTH's* denial of its Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim (per North Carolina's UNFAIR CLAIMS SETTLEMENT PRACTICES ACT, at N.C. Gen. Stat. § 58-63-15), and (ii) willfully and deliberately ignoring Gowland's repeated written admonishments advising *FRANKENMUTH's* claims team that the damage/coverage exclusion being asserted by *FRANKENMUTH* in the Subject Claim had no basis in the operative policy, the law or the facts.

### The Subject Property:

8. The Subject Property is – and was, at all times relevant herein – a commercial retail building, built at 1097 Tsalagi Road, Cherokee, North Carolina 28719, in Swain County, North Carolina.

### Insurance:

9. At the time of the Subject Failure, the Insured/Plaintiff, *Maggie's Gift Mart*, insured its Subject Property – as aforesaid – with *FRANKENMUTH*.

10. More particularly, at all times relevant herein, Insured/Plaintiff, *Maggie's Gift Mart* insured the Subject Property with *FRANKENMUTH* by means of a policy of insurance (hereinafter, the "Subject Policy") known as a "Businessowners Coverage Form," assigned *FRANKENMUTH* policy number 6620216, effective May 14, 2024 through May 14, 2025, issued by *FRANKENMUTH* to Insured/Plaintiff, *Maggie's Gift Mart* on a copyrighted Insurance Services Office ("ISO") form 07766 (4-14).

11. A copy of *FRANKENMUTH's* Subject Policy is appended hereto as Exhibit "A."

### The Subject Damage:

12. As aforesaid, the Subject Property was significantly damaged – including extensive damages to the Subject Property's roofing system, interior building components, business

personal property, and various other elements of the Subject Property – as a result of Hurricane Helene wind and rain damage.

**The Subject Claim:**

13. In the immediate aftermath of the Subject Damage, Insured/Plaintiff, *Maggie's Gift Mart* promptly, timely, and otherwise in all manner in compliance with its duties-after-a-loss (and otherwise in full compliance with the Subject Policy) reported to, and otherwise asserted a claim (again, "the Subject Claim") with *FRANKENMUTH* for its damages to its Subject Property.

### PLAINTIFF'S FIRST CAUSE OF ACTION
### (BREACH OF POLICY/CONTRACT)

14. The Insured/Plaintiff, *Maggie's Gift Mart* hereby realleges and incorporates by this reference as if fully set forth herein each and every allegation contained in the preceding paragraphs of this Complaint.

15. At all times relevant herein, the Insured/Plaintiff, *Maggie's Gift Mart*, maintained a contract of insurance (the Subject Policy) with *FRANKENMUTH*, insuring its Subject Property for, *inter alia*, damages proximately resulting from Hurricane Helene wind and rain.

16. At all times relevant herein, the Insured/Plaintiff, *Maggie's Gift Mart* fully performed all of its contractual and other legal duties and obligations under the Subject Policy.

17. At all times relevant herein, the Insurer/Defendant, *FRANKENMUTH*, is – and was – contractually obligated to provide the Insured/Plaintiff, *Maggie's Gift Mart* with full coverage and reimbursement for its damage to and loss of the Subject Property resulting from the Subject Damage.

18. As aforesaid, the Insurer/Defendant, *FRANKENMUTH*, has at all times relevant herein refused to provide coverage and reimbursement to the Insured/Plaintiff, *Maggie's Gift Mart*, for various elements of its losses proximately resulting from the Subject Damage.

19. *FRANKENMUTH* has materially breached its contract of insurance (the Subject Policy) with the Insured/Plaintiff, *Maggie's Gift Mart*, by doing the following:

   A. Refusing and failing to pay the full value of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim, and failing entirely to conduct a reasonable and prompt investigation of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim based upon all the available information, and failing entirely – even in the face of multiple, specific requests from the Insured's attorney – to *"promptly provide any reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for the offer of a compromise settlement"* of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim;

   B. Failing to promptly and properly investigate the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim, despite having every reasonable cause to believe and know and understand that the Subject Claim was well-documented, warranted, and should be paid;

   C. Withholding coverage and payment from the Insured/Plaintiff, *Maggie's Gift Mart*, while knowing – or having every reason to know – full well that the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim was absolutely entitled to coverage and payment under the Subject Policy;

   D. Not attempting in good faith to effectuate a prompt, fair and equitable settlement of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim under the Subject Policy; and

   E. Committing other acts or omissions to be elicited in discovery and proven at trial.

20. As a direct and proximate cause of *FRANKENMUTH's* breaches of the Subject Policy/contract, the Insured/Plaintiff, *Maggie's Gift Mart* has been damaged in an amount in excess of twenty-five thousand dollars ($25,000.00), plus interest from the date of breach.

## PLAINTIFF'S SECOND CAUSE OF ACTION
## (UNFAIR AND DECEPTIVE TRADE PRACTICES)

21. The Insured/Plaintiff, *Maggie's Gift Mart* hereby realleges and incorporates by this reference as if fully set forth herein each and every allegation contained in the preceding paragraphs of this Complaint.

22. The Insurer/Defendant, *FRANKENMUTH*, is – and at all times relevant herein was – engaged in the business of selling and writing insurance policies and adjusting claims thereunder; and, at all times alleged herein, *FRANKENMUTH's* actions were in and/or affecting commerce within the State of North Carolina.

23. *FRANKENMUTH's* above-described errors, omissions, misrepresentations and breaches adversely affect commerce in the State of North Carolina and were overtly false and deceptive and/or had a tendency to deceive the public in general, and the Insured/Plaintiff, *Maggie's Gift Mart* in particular.

24. *FRANKENMUTH* engaged in unfair and deceptive acts and practices in the distribution, marketing and selling of insurance policies to consumers, and in investigating, adjusting and settling claims brought under such policies, including the Insured/Plaintiff, *Maggie's Gift Mart's* claim and policy, as described more fully above, and (including, but not to be limited to) as follows:

    a. Failing to acknowledge and act reasonably promptly upon communications with the Insured/Plaintiff, *Maggie's Gift Mart* regarding the Subject Claim;

    b. Refusing to pay the full value of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject

Claim and failing to conduct a reasonable and prompt investigation into the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim based upon all available information.

c. Failing to treat its policyholders' interests with equal regard as it does its own interests and treating the claims handling process as adversarial;

d. Failing to seek coverage of claims in good faith and provide its insured all benefit of the doubt;

e. Failing to diligently search for and consider all evidence that supports its policyholders' claims;

f. Acting with a profit motive in the claims-handling process;

g. Failing to reasonably assist its policyholders with their claims;

h. Failing to conduct full, fair and prompt investigations of claims through its own efforts and expense, without shifting the burden of claim investigations upon its insured;

i. Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

j. Failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under its insurance policies;

k. Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under its insurance policies;

l. Failing to affirm or deny coverage of claims within a reasonable time;

m. Not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear;

n. Compelling the insured to institute litigation to recover amounts due under an insurance policy;

o. Unjustifiably refusing to communicate with, or timely communicate with, the legal representatives of the Insured/Plaintiff, *Maggie's Gift Mart*; and

p. Other actions to be proven at trial.

25. With its above-described conduct – given *FRANKENMUTH's* actual and/or constructive knowledge of the Insured/Plaintiff, *Maggie's Gift Mart's* damages and coverage – *FRANKENMUTH* unfairly and unlawfully failed to promptly investigate, adjust and pay the Subject Claim in violation of N.C. Gen. Stat. § 58-63. The specific statutory violations, in part, are outlined above and said violations correspond to various violations of N.C. Gen. Stat. §§ 58-63-15(11)(a) through 58-63-15(11)(n).

26. *FRANKENMUTH's* above-described errors, omissions, misrepresentations and breaches constitute unfair and deceptive acts that affect commerce, offend public policy, and violate N.C. Gen. Stat. § 75-1.1, *et seq.*

27. The above-alleged conduct and practices of *FRANKENMUTH* are and were, at all times relevant herein, offensive to established commercial and public policy; and such conduct is substantially injurious to consumers within the meaning of North Carolina General Statutes, § 75-1.1.

28. The above-alleged conduct and practices of *FRANKENMUTH* constitute "Unfair Claim Settlement Practices" and are otherwise rendered "unfair or deceptive trade practices" as a matter of law under North Carolina General Statutes, § 58-63-15, *et seq.*

29. As a direct and proximate result of *FRANKENMUTH's* above-described errors, omissions, misrepresentations and breaches, the Insured/Plaintiff, *Maggie's Gift Mart* has suffered damages proximately resulting from the Subject Failure Loss, in an amount in excess of twenty-five thousand dollars ($25,000.00), plus interest from the date of breach.

30. Pursuant to N.C. Gen. Stat. § 75-16, the Insured/Plaintiff, *Maggie's Gift Mart* is entitled to recover from *FRANKENMUTH* a sum equal to three (3) times the amount fixed by a verdict

in this action.

31. In addition, pursuant to N.C. Gen. Stat. § 75-16.1, the Insured/Plaintiff, *Maggie's Gift Mart*, is entitled to recover attorneys' fees from *FRANKENMUTH*, thereby bringing its total prayer for eligible damages in excess of the twenty-five thousand dollar jurisdictional minimum threshold of this honorable Court.

<u>**PLAINTIFF'S THIRD CAUSE OF ACTION**</u>
**(COMMON LAW BAD FAITH)**

32. The Insured/Plaintiff, *Maggie's Gift Mart* hereby realleges and incorporates by this reference as if fully set forth herein each and every allegation contained in the preceding paragraphs of this Complaint.

33. *FRANKENMUTH* and its agents and employees have a statutory and common law duty of good faith and fair dealing to its insured.

34. This good faith duty includes, among other things, the duty to process claims submitted by the Insured/Plaintiff, *Maggie's Gift Mart* under the Subject Policy in good faith, to evaluate coverage issues and policy exclusions regarding the Subject Policy in good faith, and to otherwise conduct themselves in a reasonable fashion and in compliance with all applicable contractual, statutory and common law duties to its insured.

35. *FRANKENMUTH's* above-described conduct constitutes bad faith, in that:

    a. *FRANKENMUTH* breached its covenant of good faith and fair dealing to the Insured/Plaintiff, *Maggie's Gift Mart;*

    b. *FRANKENMUTH* demonstrated a willful forestalling of payments in order to bring financial pressure on the Insured/Plaintiff, *Maggie's Gift Mart* for *FRANKENMUTH's* own advantage and financial gain;

    c. *FRANKENMUTH* misused its power and authority – and completely ignored ample, obvious evidence of coverage, vetted through several levels of internal

coverage review – in repeated ways that inarguably qualify as "outrageous conduct," having a tendency to shock and offend the conscience of any reasonable North Carolina juror;

d. *FRANKENMUTH* recklessly and wantonly disregarded the Insured/Plaintiff, *Maggie's Gift Mart's* rights as insured under the Subject Policy;

e. *FRANKENMUTH* misrepresented pertinent facts and insurance policy provisions related to the coverage at issue;

f. *FRANKENMUTH* failed in good faith to effectuate prompt, fair and equitable settlement of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim;

g. *FRANKENMUTH* acted in the manner outlined in Plaintiff's Second Claim for Relief; and

h. *FRANKENMUTH* otherwise acted in bad faith as shall be shown through discovery and proven at the trial of this action.

36. The above-alleged conduct of *FRANKENMUTH* was in breach of its duties of good faith and fair dealing under the Subject Policy and North Carolina law, and, in fact, constitutes per se willful and intentional bad faith breaches of its covenants of good faith and fair dealing to the Insured/Plaintiff, *Maggie's Gift Mart*, as it was an abuse of the power and authority which accompanied *FRANKENMUTH's* superior bargaining position – relative to the Insured/Plaintiff, *Maggie's Gift Mart* – in the claim context, and is tantamount to outrageous conduct reflecting a reckless and wanton disregard of the Insured/Plaintiff, *Maggie's Gift Mart's* rights under the Subject Policy and the detrimental financial consequences to the Insured/Plaintiff, *Maggie's Gift Mart* resulting therefrom.

37. This conduct was on all occasions either directly engaged in or affirmed or ratified by *FRANKENMUTH's* executive officers and/or directors, with full knowledge of the facts, and after a considerable lapse of time for investigation and reflection.

38. *FRANKENMUTH's* above-alleged acts and omissions show reckless indifference to the Insured/Plaintiff, *Maggie's Gift Mart's* rights, and were willful, wanton and in conscious disregard of *FRANKENMUTH's* contractual and other legal duties to pay the Insured/Plaintiff, *Maggie's Gift Mart* for the Subject Claim under the Subject Policy.

39. As a direct and proximate result of the above-alleged bad faith acts and omissions of *FRANKENMUTH*, the Insured/Plaintiff, *Maggie's Gift Mart* has been damaged in an amount in excess of twenty-five thousand dollars ($25,000.00) and is entitled to recover punitive damages in an amount according to proof at trial.

## PLAINTIFF'S REQUEST FOR DECLARATORY RELIEF

40. The federal *Declaratory Judgment Act* provides, in pertinent part, as follows: "[i]n a case of actual controversy within its jurisdiction… any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such." (*see* 28 U.S. Code § 2201(a)).

41. Needless to say, the Insured/Plaintiff, *Maggie's Gift Mart's* "rights and other legal relations" with regard to the Subject Policy are profoundly affected by any arguably applicable exclusion or exclusionary language (or other language associated with withholding payment on the Subject Claim under the Subject Policy) asserted by *FRANKENMUTH* as a basis for *FRANKENMUTH's* refusing to make payment upon the Subject Claim.

42. Request is thus respectfully made that the Court construe and determine the validity and applicability of any such exclusions (and any other *FRANKENMUTH* contentions of disqualification from coverage -- or delay of coverage and payment -- under the Subject

Policy) and instruct the parties hereto that any such exclusions or exclusionary language or dilatory pretext or pretense have no application to the facts at Bar.

///

///

///

///

//

## PRAYER FOR RELIEF

WHEREFORE, the Insured/Plaintiff, *Maggie's Gift Mart*, prays the Court for relief as follows:

1. For a declaratory ruling – pursuant to the federal Declaratory Judgment Act, at Title 28, Section 2201 of the U.S. Code – that *FRANKENMUTH's* alleged/asserted exclusions (and other such *FRANKENMUTH* arguments of disqualification and delay of coverage and payment under the Subject Policy) have no application to the facts at Bar;

2. That Insurer/Defendant, *FRANKENMUTH*, thus be ordered to specifically perform its full coverage duties under the Subject Policy, by paying all otherwise covered aspects of the Insured/Plaintiff, *Maggie's Gift Mart's* Subject Claim proximately resulting from the Subject Failure Loss;

3. That the Insured/Plaintiff, *Maggie's Gift Mart*, have and recover from the Insurer/Defendant, *FRANKENMUTH*, all of its actual, economic, compensatory, and other consequential damages, together with interest as allowed by law.

4. That the Insured/Plaintiff, *Maggie's Gift Mart* be awarded treble damages, pursuant to N.C. Gen. Stat. § 75-16, or punitive damages, from *FRANKENMUTH*, at the Insured/Plaintiff's election.

5. That *FRANKENMUTH* be taxed with the costs of this action, including the Insured/Plaintiff, *Maggie's Gift Mart's* attorneys' fees, as provided by the common law and the NC General Statutes, including but not limited to Chapter 75.

6. That the Insured/Plaintiff, *Maggie's Gift Mart* have a trial by jury on all issues so triable; and

7. For such further and other relief to which the Insured/Plaintiff, *Maggie's Gift Mart* may be entitled, as the Court deems just and appropriate.

Respectfully submitted, this 30th day of April, 2026

**THE MORGAN LAW GROUP**

*/s/ Charles Gowland*

**CHARLES GOWLAND**
Attorney for Maggie's Gift Mart
NC Bar No. 41824

**MORGAN LAW GROUP**
8024 Glenwood Ave, Suite 305
Raleigh, NC 27612
(984) 468-7918
mlg.eservice@morganlawgroup.net

 Frankenmuth
INSURANCE

ACCOUNT **700001017568** POLICY **6620216** AGENT **0320065**

 **Businessowners Policy**

*RENEWAL*
## Declaration

MAGGIES GIFT MART LLC
PO Box 129
Maggie Valley, NC 28751-0129

MAGGIES GIFT MART LLC
PO Box 129
Maggie Valley, NC 28751-0129

 **STANBERRY** INSURANCE

## (828)586-8926

Thank you for insuring your business with us.

This package includes important coverage details about your Frankenmuth Insurance policy.

Please carefully review and safely file this information for future reference.

### Frankenmuth Insurance provides

- Loss control and safety expert consultations
- Fast, fair claims service
- Financial stability - rated "A" (Excellent) by A.M. Best
- Peace of mind since 1868

Discover more at http://www.fmins.com.

### Keep your coverage up to date

 As your business changes and grows and the value of your property increases, your insurance needs will change as well. Talk to your agent to make sure your assets are covered properly.

### Register your account online

Take advantage of our online payment option and email delivery system by registering your account at http://www.fmins.com/register.

### Report or track a claim

We are always available at 1-800-234-4433 or http://secure.fmins.com/phs/fileAClaim.aspx.

### Billing services

Call 1-800-288-6121. Please have your account number available so we can best serve you.

One Mutual Avenue, Frankenmuth, MI 48787-0001

## Policyholder Disclosure
## Notice of Terrorism Insurance Coverage

You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of Terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

UNDER YOUR COVERAGE, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY THE TERRORISM RISK INSURANCE ACT, AS AMENDED IN 2019. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE.

THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES EXCEEDS $100 BILLION IN ANY ONE CALENDAR YEAR. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Georgia, Illinois, Maine, North Carolina, Wisconsin:** In these states, a terrorism exclusion makes an exception for, (and thereby provides coverage for,) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism and coverage for such fire losses will be provided in your policy. *If this is a renewal policy, coverage will continue to be provided in your policy.* The additional premium just for such fire coverage is stated below. If you reject the offer described above for terrorism coverage, this premium is due.

*As defined within this Notice, coverage for acts of terrorism may apply to your policy. However, coverage is limited to only those Lines of Business below that are already included within your policy.*

| | Business Owners | Commercial Property | Commercial Umbrella | General Liability | Inland Marine |
|---|---|---|---|---|---|
| Terrorism coverage is hereby offered for a prospective premium charge of: | $ Waived | $ Waived | $ Waived | $ Waived | $ Waived |

### Rejection of Terrorism Insurance Coverage

| Business Owners | Commercial Property | Commercial Umbrella | General Liability | Inland Marine |
|---|---|---|---|---|
| ❏ | ❏ | ❏ | ❏ | ❏ |

By signing below, I hereby decline to purchase coverage for certified acts of terrorism, as outlined in this Notice.

I understand I will have no coverage for losses resulting from certified acts of terrorism, other than as provided by exception above.

| Policyholder/Applicant's Signature | Print Name | Date |
|---|---|---|

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.

38191 (12 20)

**Notice to Policyholders**
**North Carolina Property Insurance Notice**

No coverage is provided by this notice, nor does it replace any provision of your policy. If there are any discrepancies between the policy and this notice, the provisions of the policy govern.

WARNING: THIS PROPERTY INSURANCE POLICY DOES NOT PROTECT YOU AGAINST LOSSES FROM EARTH MOVEMENT, EARTHQUAKES, FLOODS, LANDSLIDES, MUDSLIDES OR MUDFLOW. YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING COVERAGE FOR THESE LOSSES. THIS IS NOT A COMPLETE LISTING OF ALL OF THE CAUSES OF LOSSES NOT COVERED UNDER YOUR POLICY. YOU SHOULD READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED AND WHAT IS NOT COVERED.

FM-1228(1-13)

# ADVISORY NOTICE TO POLICYHOLDERS
# EXCLUSION – PERFLUOROALKYL AND
# POLYFLUOROALKYL SUBSTANCES (PFAS)

This Notice does not form part of your policy. No coverage is provided by this Notice, nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the follow new endorsement which applies to your renewal policy being issued by us.

To the extent that current policy exclusions do not apply to liability arising out of PFAS, this endorsement represents a reduction of coverage.

**NOTICE OF REDUCTION IN COVERAGE**

**FOR USE WITH BUSINESSOWNERS COVERAGE FORM**
**BP 15 91 – Exclusion – Perfluoroalkyl And Polyfluoroalkyl Substances (PFAS)**
When this endorsement is attached to your policy, it generally excludes coverage for bodily injury, property damage and personal and advertising injury related exposures associated with perfluoroalkyl or polyfluoroalkyl substances (PFAS), including any loss, cost or expense arising out of abating, testing for, monitoring, cleaning up, or other related activities, of PFAS by any insured or by any other person or entity.

## Membership Information

**Mutual Insurance Company Conditions:**

The policyholder is a member of Frankenmuth Mutual Holding Company and shall participate to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**Non-Assessable:**

This policy is non-assessable and the premiums designated herein, and in the endorsements attached hereto, are the only premiums for which the insured shall be liable.

**Voting Notice:**

As a member of Frankenmuth Mutual Holding Company, the policyholder is entitled to vote either in person or by proxy at any and all meetings of Frankenmuth Mutual Holding Company.

**Annual Meeting:**

The annual meeting of Frankenmuth Mutual Holding Company shall be held on the last Tuesday in April of each year, at 2:30 o'clock P.M. at its home office in Frankenmuth, Michigan, or in such other place as the Secretary may designate by advertisement and/or notice, duly posted at said office.

President

05671 (01 23)

## Witness Clause

In Witness Whereof, the Company has caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____

President


| NAMED INSURED | ACCOUNT NO. | AGENT |
|---|---|---|
| MAGGIES GIFT MART LL | 700001017568 | **0320065** |

**NAMED INSURED**
MAGGIES GIFT MART LLC
PO Box 129
Maggie Valley, NC 28751-0129

*Renewal*
**Declaration**

**ISSUE DATE**
03/25/2024 at 12:35 AM

**AGENT**
Stanberry Insurance Agency, Inc.
P.O. Box 577
Sylva, NC 28779
Phone: (828) 586-8926 Agent: 0320065/0320065

**LEGAL ENTITY**
Limited Liability Company

**Insurer:** Frankenmuth Insurance Company

## Summary of Coverages and Premiums

*Premiums*

*This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment. In return for the payment of the premium, and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.*

| COVERAGE PARTS | PREVIOUS POLICY NO. | POLICY NO. | POLICY TERM | PREMIUM |
|---|---|---|---|---|
| Businessowners | | 6620216 | 05/14/2024 to 05/14/2025 12:00 AM | $2,210 |
| Premium for Terrorism Coverage | | 6620216 | 05/14/2024 to 05/14/2025 12:01 AM | Waived |
| | | **Total Annual Premium** | | $2,210 |

*Policy Locations*

**1**
1097 Tsalagi Rd
Cherokee, NC
Swain 28719-9108

## Billing Information

**PAYMENT PLAN** 1-Pay
**BILLING METHOD** Direct Bill - An Account Invoice or Payment Schedule will be mailed to you.

**Payments and credits may be applied to all policies on the same billing account and may be applied from one policy term to another. Payment received for less than the billed amount may be pro-rated to each policy and may result in cancellation of all policies for nonpayment of premium.**

## Forms and Endorsements

*The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (*) indicates a new or updated version is included in this package.*

| TITLE | FORM NUMBER | EDITION DATE |
|---|---|---|
| ***Businessowners*** | | |
| Businessowners Coverage Form | 07766 | 04-14* |
| North Carolina Changes | BP0116 | 06-23* |

| NAMED INSURED | ACCOUNT NO. | AGENT |
| --- | --- | --- |
| MAGGIES GIFT MART LL | 700001017568 | **0320065** |

| TITLE | FORM NUMBER | EDITION DATE |
| --- | --- | --- |
| North Carolina Effective Time Changes -- Replacement of 12 Noon | BP1214 | 07-02* |
| Equipment Breakdown (Including Electronic Circuitry Impairment) | 01532 | 04-23* |
| Calculation Of Premium | BP0501 | 07-02* |
| Disclosure Pursuant To Terrorism Risk Insurance Act | BP0515 | 12-20* |
| Cap On Losses From Certified Acts Of Terrorism | BP0523 | 01-15* |
| Business Protector Diamond Plus | 95167 | 01-16* |
| Commercial Liability Plus | 09876 | 04-14* |
| Incidental Medical Malpractice Injury Endorsement | 94098 | 03-09* |
| Building Limit -- Automatic Increase | 97264 | 04-20* |
| Newly Acquired Organizations | BP0454 | 01-06* |
| Removal Of Insurance-To-Value Provision | BP0483 | 01-10* |
| Condition - Two Or More Coverage Forms Or Policies Issued By Us | 19394 | 05-23* |
| Limited Fungi Or Bacteria Coverage (Liability) | BP0578 | 01-10* |
| Absolute Asbestos Exclusion | 93068 | 01-17* |
| Lead Contamination Exclusion | 96210 | 01-17* |
| Employment-Related Practices Exclusion | BP0417 | 01-10* |
| Exclusion - Silica Or Silica-Related Dust | BP0517 | 01-06* |
| Communicable Disease Exclusion | BP1486 | 07-13* |
| Exclusion - Access or Disclosure of Confidential or Personal Information & Data - Related Liability - With Limited Bodily Injury Exception | BP1504 | 05-14* |
| Cyber Incident Exclusion | BP1560 | 02-21* |
| Exclusion - Perfluoroalkyl And Polyfluoroalkyl Substances (PFAS) | BP1591 | 12-23* |
| Actual Cash Value And Depreciation Amendatory Endorsement | 19332 | 09-21* |

| NAMED INSURED | POLICY | POLICY TERM | AGENT |
|---|---|---|---|
| MAGGIES GIFT MART LL | 6620216 | 05/14/2024 to 05/14/2025 | **0320065** |

## Section - I Property Coverage

### Description of Coverages and Premiums

Insurance at the described premises applies only for the coverages shown below.

| PREM | BLDG | COVERAGE DESCRIPTION | LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|---|
| 1 | 1 | Building<br>Valuation | $559,000<br>Replacement Cost | $1,000 | $1,476 |
| 1 | 1 | Business Personal Property<br>Valuation | $80,000<br>Replacement Cost | $1,000 | $358 |
| 1 | 1 | Business Income | Actual loss sustained within twelve consecutive months after loss for each insured building | | Included |
| All | All | Equipment Breakdown | See form 01532 | $1,000 | $80 |

| PREM | BLDG | ADDITIONAL PROPERTY COVERAGES | LIMIT | PREMIUM |
|---|---|---|---|---|
| 1 | 1 | Accounts Receivable | | included |
| | | On-Premises | $10,000 | |
| | | Off-Premises | $5,000 | |
| 1 | 1 | Outdoor Property | $2,500 | Included |
| 1 | 1 | Valuable Papers And Records | | Included |
| | | On-Premises | $10,000 | |
| | | Off-Premises | $5,000 | |
| 1 | All | Fire Department Service Charge | $2,500 | Included |
| 1 | All | Money And Securities | | Included |
| | | On-Premises | $5,000 | |
| | | Off-Premises | $2,000 | |
| 1 | All | Outdoor Signs Attached to Building | $1,000 | Included |
| All | All | Business Income From Dependent Properties | $5,000 | Included |
| All | All | Electronic Data | $10,000 | Included |
| All | All | Employee Dishonesty | $2,500 | Included |
| All | All | Forgery Or Alteration | $2,500 | Included |
| All | All | Interruption of Computer Operations | $10,000 | Included |

*$500 Optional Coverage Deductible applies to the following Additional Property Coverages when shown above: Employee Dishonesty, Forgery Or Alteration, Money and Securities, Outdoor Signs, and Contractors' Coverages.*

*The most we will pay under any Additional Coverage is shown above, unless a higher Limit of Insurance is indicated at a described premises.*

### Optional Property Coverages

| PREM | BLDG | COVERAGE DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|---|---|
| All | All | Business Protector Diamond Plus | | $250 |
| | | Section I - Blanket Coverages | Blanket Limit of Insurance $100,000 | |
| | | Accounts Receivable | Blanket | |
| | | Computer Coverage | Blanket | |
| | | Debris Removal | Blanket | |
| | | Property at Exhibition, Fair or Trade Show | Blanket | |
| | | Valuable Papers and Records | Blanket | |
| | | Worldwide Laptop Coverage | Blanket | |
| | | Section II - Scheduled Coverages | | |
| | | Brands and Labels | Included | |
| | | Business Income - Extended Business Income | 60 Days | |
| | | Business Income Changes - Waiting Period | 0 Hours | |
| | | Business Income from Dependent Properties | $25,000 | |
| | | Business Personal Property - Seasonal Increase | 50% | |
| | | Cellular Phones | $1,000 | |
| | | Change in Temperature, Electrical Injury and Off-Premises Services | $2,500 | |

| NAMED INSURED | POLICY | POLICY TERM | AGENT |
|---|---|---|---|
| MAGGIES GIFT MART LL | 6620216 | 05/14/2024 to 05/14/2025 | **0320065** |

## Section - I
## Property
## Coverage

### *Optional Property Coverages*

| PREM BLDG COVERAGE DESCRIPTION | LIMIT | PREMIUM |
|---|---|---|
| Consequential Loss to Stock | Included | |
| Counterfeit Money, Money Orders and Fraudulent Use of Credit Card | $2,500 | |
| Covered Property Extension - within 1,000 Feet | 1,000 Feet | |
| Employee Dishonesty | $10,000 | |
| Fine Arts | $10,000 | |
| Fire Department Service Charge | $10,000 | |
| Fire Extinguishing System Recharge | $15,000 | |
| Forgery or Alteration | $10,000 | |
| Lock Replacement | $2,500 | |
| Money and Securities Off-Premises | $5,000 | |
| Money and Securities On-Premises | $10,000 | |
| Newly Acquired or Constructed Property - Buildings | $500,000 | · |
| Newly Acquired or Constructed Property - Business Personal Property | $250,000 | |
| Ordinance or Law Cov 1 - Building Limit | | |
| Ordinance or Law Cov 2 & 3 | $100,000 | |
| Outdoor Property - Trees, Shrubs and Plants | $10,000 | |
| Outdoor Property (Including All Signs) | $25,000 | |
| Personal Effects | $10,000 | |
| Personal Property of Others - Replacement Cost | | |
| Personal Property Off-Premises including Transit | $20,000 | |
| Preservation of Property | 60 Days | |
| Reward Payment - Arson, Theft, and Vandalism | $10,000 | |
| Tenant Building | $25,000 | |
| Utility Services - Time Element | $5,000 | |
| Water Back-Up and Sump Overflow - Exterior Drains | $10,000 | |
| Water Back-Up and Sump Overflow - Interior Building Drains | $25,000 | · |
| Business Personal Property coverage extensions do not apply if Business Personal Property coverage is not insured on this policy. | | |

*The most we will pay under any Optional Property Coverage is shown above, unless a higher Limit of Insurance is indicated at a described premises.*

| | Total | $2,164 |
|---|---|---|

| NAMED INSURED | POLICY | POLICY TERM | AGENT |
|---|---|---|---|
| MAGGIES GIFT MART LL | 6620216 | 05/14/2024 to 05/14/2025 | **0320065** |

## Section - II Liability and Medical Expenses Coverage

*Refer to Section II - Liability in the Businessowners Coverage form and any attached endorsements for description of coverages, exclusions and policy conditions. Each paid claim for the following coverage reduces the amount of insurance we provide during the applicable annual period.*

### Limits of Insurance

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| Liability and Medical Expenses | $1,000,000 | Per Occurrence |
| Medical Expenses | $5,000 | Per Person |
| Damage to Premises Rented to You, Fire Only | $500,000 | Any One Premises |
| Other than Products/Completed Operations | $2,000,000 | Aggregate |
| Products/Completed Operations | $2,000,000 | Aggregate |

## Classification Schedule

| PREMISES | BUILDING | DESCRIPTION AND DETAILS OF CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | Gift Shops | | | | |

| | STATE | CLASS CODE | P/D DEDUCTIBLE PER CLAIM | PREMIUM BASIS | PREMIUM |
|---|---|---|---|---|---|
| | NC | 59994 | $0 | Business Personal Property Limit of Insurance | $46 |

## Optional Liability Coverages

| LOCATION | BUILDING | DESCRIPTION AND DETAILS OF COVERAGE | LIMIT | PREMIUM |
|---|---|---|---|---|
| All | All | Commercial Liability Plus | | Included |
| | | Additional Insured Broad Form Vendors | | |
| | | Amendment of General Aggregate - Applies per Location and per Project | | |
| | | Borrowed Equipment | | |
| | | Damage to Premises Rented to You | $500,000 | |
| | | Duties in the Event of Occurrence, Claim or Suit | | |
| | | Health Care Services | | |
| | | Medical Payments | | |
| | | Mobile Equipment | | |
| | | Non-Owned Watercraft | | |
| | | Product Recall | $50,000 | |
| | | Supplementary Payments - Bail Bonds | $2,500 | |
| | | Supplementary Payments - Loss of Earnings | $500 per day | |
| | | Transfer of Rights of Recovery Against Others To Us | | |
| | | Voluntary Property Damage | $5,000 each occurrence/ $10,000 aggregate | |
| | | Water Damage Legal Liability | $50,000 | |

| | Total | $46 |
|---|---|---|

Case 1:26-cv-00164  Document 1-1  Filed 06/04/26  Page 28 of 143

## Businessowners Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In Section II – Liability, the word "insured" means any person or organization qualifying as such under Paragraph C. Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph H. Property Definitions in Section I -- Property and Paragraph F. Liability And Medical Expenses Definitions in Section II – Liability.

### SECTION I -- PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property includes Buildings as described under Paragraph a. below, Business Personal Property as described under Paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph 2. Property Not Covered.

a. Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

b. Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph E.5.d.(3)(b);

(3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph 1.b.(2); and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

2. **Property Not Covered**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in the:

(1) Money And Securities Optional Coverage; or

(2) Employee Dishonesty Optional Coverage;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water, growing crops or lawns;

e. Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

(1) Outdoor Property Coverage Extension; or

(2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

h. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

i. "Electronic data", except as provided under Additional Coverages -- Electronic Data. This Paragraph i. does not apply to your "stock" of prepackaged software;

j. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

3. **Covered Causes Of Loss**

Risks of direct physical loss unless the loss is:

a. Excluded in Paragraph B. Exclusions in Section I; or

b. Limited in Paragraph 4. Limitations in Section I.

4. **Limitations**

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

766(4-14)

(5) The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Animals, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

    (a) Glass that is part of the exterior or interior of a building or structure;

    (b) Containers of property held for sale; or

    (c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

    (a) The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to Paragraph (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 00 10 03766(4-14)

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) **Examples**

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |

| | |
|---|---|
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount | $ 10,500 |
|     Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500). The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

b. **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
3766(4-14)

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

d. **Collapse**

The coverage provided under this Additional Coverage -- Collapse applies only to an abrupt collapse as described and limited in Paragraphs d.(1) through d.(7).

(1) For the purpose of this Additional Coverage -- Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

(2) We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

(a) Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(b) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

(c) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

(d) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(i) A cause of loss listed in Paragraph (2)(a) or (2)(b);

(ii) One or more of the "specified causes of loss",

(iii) Breakage of building glass.

(iv) Weight of people or personal Property; or

(v) Weight of rain that collects on a roof.

(3) This Additional Coverage -- Collapse does **not** apply to:

(a) A building or any part of a building that is in danger of falling down or caving in;

(b) A part of a building that is standing, even if it has separated from another part of the building; or

(c) A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(4) With respect to the following property:

(a) Awnings;

(b) Gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Piers, wharves and docks;

(f) Beach or diving platforms or appurtenances;

(g) Retaining walls; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

03766(4-14)

(h) Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs (2)(a) through (2)(d), we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

(5) If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse of personal property was caused by a cause of loss listed in Paragraphs (2)(a) through (2)(d) of this Additional Coverage;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in Paragraph (4), regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph (5) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

(6) This Additional Coverage -- Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(7) This Additional Coverage -- Collapse will not increase the Limits of Insurance provided in this policy.

(8) The term Covered Cause of Loss includes the Additional Coverage -- Collapse as described and limited in Paragraphs d.(1) through d.(7).

e. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

f. **Business Income**

(1) **Business Income**

(a) We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

3766(4-14)

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(b) We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

(c) Business Income means the:

(i) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

(ii) Continuing normal operating expenses incurred, including payroll.

(d) Ordinary payroll expenses:

(i) Means payroll expenses for all your employees except:

　i. Officers;

　ii. Executives;

　iii. Department Managers;

　iv. Employees under contract; and

　v. Additional Exemptions shown in the Declarations as:

　　• Job Classifications; or

　　• Employees.

(ii) Include:

　i. Payroll;

　ii. Employee benefits, if directly related to payroll;

　iii. FICA payments you pay;

　iv. Union dues you pay; and

　v. Workers' compensation premiums.

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

　i. The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

　ii. 30 consecutive days after the date determined in Paragraph (a)(i) above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Includes copyrighted material of Insurance Services Office, Inc. / with its permission.

07766(4-14)

(b) Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) This Additional Coverage is not subject to the Limits of Insurance of Section I -- Property.

g. **Extra Expense**

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(2) Extra Expense means expense incurred:

(a) To avoid or minimize the suspension of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the suspension of business if you cannot continue "operations".

(c) To:

(i) Repair or replace any property; or

(ii) Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage f. Business Income.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section I -- Property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

### h. Pollutant Clean-up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

### i. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section I -- Property.

### j. Money Orders And "Counterfeit Money"

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(2) "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

### k. Forgery Or Alteration

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 37 of 143
Includes copyrighted material of Insurance Services Office, Inc., with its permission.                    07766(4-14)

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

I.  **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs (3) through (9) of this Additional Coverage.

(3) The ordinance or law referred to in Paragraph (2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

(6) The most we will pay under this Additional Coverage, for each described building insured under Section I – Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 38 of 143

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

57766(4-14)

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment Property Loss Condition in Section I -- Property do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph (6) of this Additional Coverage, is not subject to such limitation.

m. **Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(3) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(4) Dependent property means property owned by others whom you depend on to:

(a) Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

(5) The coverage period for Business Income under this Additional Coverage:

(a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

(b) Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 00 10 06 07    07766(4-14)

(6) The Business Income coverage period, as stated in Paragraph (5), does not include any increased period required due to the enforcement of any ordinance or law that:

    (a) Regulates the construction, use or repair, or requires the tearing down of any property; or

    (b) Requires any insured· or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

(7) The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

## n. Glass Expenses

(1) We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

(2) We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

## o. Fire Extinguisher Systems Recharge Expense

(1) We will pay:

    (a) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

    (b) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

## p. Electronic Data

(1) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

(2) The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

Case 1:26-cv-00164   Includes copyrighted material of Insurance Services Office, with its permission   Filed 06/04/26   Page 40 of 143   43766(4-14)

(3) The most we will pay under this Additional Coverage -- Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

q. **Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional Coverage -- Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

(b) If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

(c) The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage -- Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(4) This Additional Coverage -- Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (3) above has not been exhausted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP 00 03 07 13     © Insurance Services Office, Inc., 2013     Page 13 of 57

(5) Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs (1) through (4) of this Additional Coverage.

(6) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs (1) through (4) of this Additional Coverage.

r. **Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

(1) The coverage described in Paragraphs r.(2) and r.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 42 of 143
Includes copyrighted material of Insurance Services Office, Inc., with its permission. 3766(4-14)

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

6. **Coverage Extensions**

In addition to the Limits of Insurance of Section I -- Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at premises other than the one described, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(a) Business Personal Property, including such property that you newly acquire, at any location you acquire;

(b) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(c) Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

Case 1:26-cv-00164   Includes copyrighted material of Insurance Services Office, with its permission.   Document 1-1   Filed 06/04/26   Page 43 of 143   766(4-14)

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Personal Property Off-premises**

You may extend the insurance that applies to Business Personal Property, to apply to covered Business Personal Property, other than "money" and "securities", while it is in course of transit or temporarily at a premises you do not own, lease or operate. We do not cover articles separately described and specifically insured in this or other insurance. The most we will pay for loss or damage under this Extension is $10,000.

c. **Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

d. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

(1) Tools or equipment used in your business; or

(2) Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

e. **Valuable Papers And Records**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(2) This Coverage Extension does not apply to:

(a) Property held as samples or for delivery after sale; and

(b) Property in storage away from the premises shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 00 17 66(4-14)

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

(4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5) Paragraph B. Exclusions in Section I -- Property does not apply to this Coverage Extension except for:

(a) Paragraph B.1.c., Governmental Action;

(b) Paragraph B.1.d., Nuclear Hazard;

(c) Paragraph B.1.f., War And Military Action;

(d) Paragraph B.2.f., Dishonesty;

(e) Paragraph B.2.g., False Pretense;

(f) Paragraph B.2.m.(2), Errors Or Omissions; and

(g) Paragraph B.3.

f. **Accounts Receivable**

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

(3) Paragraph B. Exclusions in Section I -- Property does not apply to this Coverage Extension except for:

(a) Paragraph B.1.c., Governmental Action;

(b) Paragraph B.1.d., Nuclear Hazard;

(c) Paragraph B.1.f., War And Military Action;

(d) Paragraph B.2.f., Dishonesty;

(e) Paragraph B.2.g., False Pretense;

(f) Paragraph B.3.; and

(g) Paragraph B.6., Accounts Receivable Exclusion.

Includes copyright of material of Insurance Services Office, Inc., with its permission

3766(4-14)

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   a. **Ordinance Or Law**

      (1) The enforcement of any ordinance or law:

         (a) Regulating the construction, use or repair of any property; or

         (b) Requiring the tearing down of any property, including the cost of removing its debris.

      (2) This exclusion, Ordinance Or Law, applies whether the loss results from:

         (a) An ordinance or law that is enforced even if the property has not been damaged; or

         (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

      (1) Earthquake, including any earth sinking, rising or shifting related to such event;

      (2) Landslide, including any earth sinking, rising or shifting related to such event;

      (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

      (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in Paragraphs (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

      (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

      Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

         (a) Airborne volcanic blast or airborne shock waves;

         (b) Ash, dust or particulate matter; or

         (c) Lava flow.

      All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

      Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

   c. **Governmental Action**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP 10 30 66 (4-14)

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radio-active contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

07766(4-14)

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **Certain Computer-related Losses**

(1) The failure, malfunction or inadequacy of:

(a) Any of the following, whether belonging to any insured or to others:

(i) "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

(ii) "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

(iii) "Computer" operating systems and related software;

(iv) "Computer" networks;

(v) Microprocessors ("computer" chips) not part of any "computer" system; or

(vi) Any other computerized or electronic equipment or components; or

(b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph (a) above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph (1) above.

However, if excluded loss or damage, as described in Paragraph (1) above results in a "specified cause of loss" under Section I — Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph (1)(a) or (1)(b) to correct any deficiencies or change any features.

i. **"Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

j. **Virus Or Bacteria**

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

Includes copyrighted material of Insurance Services Office, with its permission.

(2) However, the exclusion in Paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion i.;

(3) With respect to any loss or damage subject to the exclusion in Paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. **Electrical Apparatus**

      Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

      (1) Electrical or electronic wire, device, appliance, system or network; or

      (2) Device, appliance, system or network utilizing cellular or satellite technology.

      For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

      (1) Electrical current, including arcing;

      (2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

      (3) Pulse of electromagnetic energy; or

      (4) Electromagnetic waves or microwaves.

      But if fire results, we will pay for the loss or damage caused by fire.

      We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

      (1) An occurrence that took place within 100 feet of the described premises; or

      (2) Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

   b. **Consequential Losses**

      Delay, loss of use or loss of market.

   c. **Smoke, Vapor, Gas**

      Smoke, vapor or gas from agricultural smudging or industrial operations.

   d. **Steam Apparatus**

      Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   e. **Frozen Plumbing**

      Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

      (1) You do your best to maintain heat in the building or structure; or

      (2) You drain the equipment and shut off the supply if the heat is not maintained.

   f. **Dishonesty**

      Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

      (1) Acting alone or in collusion with others; or

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 49 of 143

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

g. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

i. **Collapse**

(1) Collapse, including any of the following conditions of property or any part of the property:

(a) An abrupt falling down or caving in;

(b) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph i.(1)(a) or i.(1)(b).

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) This Exclusion i., does not apply:

(a) To the extent that coverage is provided under the Additional Coverage -- Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

j. **Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

k. **Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

l. **Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FP766(4-14)

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs (1) through (7) above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

m. **Errors Or Omissions**

Errors or omissions in:

(1) Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

(2) Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

n. **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

o. **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section I -- Property.

However, we will pay for direct loss or damage caused by lightning.

p. **Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

3. We will not pay for loss or damage caused by or resulting from any of the following Paragraphs a. through c. But if an excluded cause of loss that is listed in Paragraphs a. through c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph B.1. above to produce the loss or damage.

b. **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. **Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

Case 1:26-cv-00164  Includes copyright material of Insurance Services Office, with its permission. Page 51 of 143  CP0010 (4-14)

4. **Additional Exclusion**

   The following applies only to the property specified in this Additional Exclusion.

   **Loss Or Damage To Products**

   We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

5. **Business Income And Extra Expense Exclusions**

   a. We will not pay for:

      (1) Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

         (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

         (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

      (2) Any other consequential loss.

   b. With respect to this exclusion, suspension means:

      (1) The partial slowdown or complete cessation of your business activities; and

      (2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

   The following additional exclusion applies to the Accounts Receivable Coverage Extension:

   We will not pay for:

   a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

      This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

   c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **Limits Of Insurance**

   1. The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance of Section I -- Property shown in the Declarations.

   2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

   3. The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are In addition to the Limits of Insurance of Section I -- Property:

      a. Fire Department Service Charge;

Case 1:26-cv-00164 Document 1-1 Includes copyrighted material of Insurance Services Office, Inc. with its permission. Filed 06/04/26 Page 52 of 143 766(4-14)

b. Pollutant Clean up And Removal;

c. Increased Cost Of Construction;

d. Business Income From Dependent Properties;

e. Electronic Data; and

f. Interruption Of Computer Operations.

4. **Building Limit -- Automatic Increase**

a. In accordance with Paragraph C.4.b., the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

b. The amount of increase is calculated as follows:

(1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit by:

(a) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

(b) .08, if no percentage of annual increase is shown in the Declarations; and

(2) Multiply the number calculated in accordance with b.(1) by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

5. **Business Personal Property Limit -- Seasonal Increase**

a. Subject to Paragraph 5.b., the Limit of Insurance for Business Personal Property is automatically increased by:

(1) The Business Personal Property -- Seasonal Increase percentage shown in the Declarations; or

(2) 25% if no Business Personal Property -- Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

b. The increase described in Paragraph 5.a will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

D. **Deductibles**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section I -- Property.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

a. Money and Securities;

b. Employee Dishonesty;

c. Outdoor Signs; and

d. Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 00 10 10 12 766(4-14)

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income;

c. Extra Expense;

d. Civil Authority; and

e. Fire Extinguisher Systems Recharge Expense.

E. **Property Loss Conditions**

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section I -- Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

07766(4-14)

4. **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date on which the direct physical loss or damage occurred.

5. **Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph d.(1)(e) below.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. Except as provided in Paragraphs (2) through (7) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(i) The Limit of Insurance under Section I -- Property that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

    i. Of comparable material and quality; and

    ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

(b) If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

(I) The actual cash value of the lost or damaged property; or

(ii) A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 55 of 143

Includes copyright material of Insurance Services Office, Inc. with its permission.

47766(4-14)

(c) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(d) We will not pay on a replacement cost basis for any loss or damage:

    (i) Until the lost or damaged property is actually repaired or replaced; and

    (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs d.(1)(a) and d.(1)(b) above whether or not the actual repair or replacement is complete.

(e) The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

(2) If the Actual Cash Value -- Buildings option applies, as shown in the Declarations, Paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

(a) Used or secondhand merchandise held in storage or for sale;

(b) Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    (i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    (ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

57766(4-14)

(6) Applicable only to the Optional Coverages:

    (a) "Money" at its face value; and

    (b) "Securities" at their value at the close of business on the day the loss is discovered.

(7) Applicable only to Accounts Receivable:

    (a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

        (i) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

        (ii) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

    (b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

        (i) The amount of the accounts for which there is no loss or damage;

        (ii) The amount of the accounts that you are able to reestablish or collect;

        (iii) An amount to allow for probable bad debts that you are normally unable to collect; and

        (iv) All unearned interest and service charges.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

    (1) We have reached agreement with you on the amount of loss; or

    (2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving **a** party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
766(4-14)

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section I -- Property.

7. **Resumption Of Operations**

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

8. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs (a) and (b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in Paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

F. **Property General Conditions**

1. **Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

2. **Mortgageholders**

a. The term "mortgageholder" includes trustee.

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 58 of 143

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

Under Section I -- Property:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

G. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

13766(4-14)

b. Paragraph A.3., Covered Causes Of Loss, and Paragraph B., Exclusions in Section I -- Property, do not apply to this Optional Coverage, except for:

(1) Paragraph B.1.c., Governmental Action;

(2) Paragraph B.1.d., Nuclear Hazard; and

(3) Paragraph B.1.f., War And Military Action.

c. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

2. **Money And Securities**

a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

b. In addition to the Limitations and Exclusions applicable to Section I -- Property, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money"- operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

c. The most we will pay for loss in any one occurrence is:

(1) A limit of $5,000 for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution

unless a higher limit is shown in the Declarations; and

(2) A limit of $2,000 for "money" and "securities" while anywhere else unless a higher limit is shown in the Declarations.

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

3. **Employee Dishonesty**

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 60 of 143

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

66(4-14)

b. We will not pay for loss or damage:

   (1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

   (2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph a.), "managers" or directors:

      (a) Whether acting alone or in collusion with other persons; or

      (b) While performing services for you or otherwise.

   (3) The only proof of which as to its existence or amount is:

      (a) An inventory computation; or

      (b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is $2,500 unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

d. All loss or damage:

   (1) Caused by one or more persons; or

   (2) Involving a single act or series of acts;

   is considered one occurrence.

e. If any loss is covered:

   (1) Partly by this insurance; and

   (2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

   We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage is cancelled as to any employee immediately upon discovery by:

   (1) You; or

   (2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

   of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

   (1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

   (2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

   (1) This Optional Coverage as of its effective date; or

   (2) The prior insurance had it remained in effect.

j. With respect to the Employee Dishonesty Optional Coverage in Paragraph G.3., employee means:

   (1) Any natural person:

      (a) While in your service or for 30 days after termination of service;

      (b) Who you compensate directly by salary, wages or commissions; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.   07766(4-14)

(c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent employee as defined in Paragraph (1) above, who is on leave; or

(b) To meet seasonal or short-term work load conditions;

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph (2) above;

(4) Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

(5) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

(1) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

H. **Property Definitions**

1. "Computer" means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

4. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

5. "Manager" means a person serving in a directorial capacity for a limited liability company.

6. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

7. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

8. "Operations" means your business activities occurring at the described premises.

9. "Period of restoration":

a. Means the period of time that:

(1) Begins:

(a) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
67766(4-14)

(b) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the earlier of:

(a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location.

b. Does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

10. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

11. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

12. "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

13. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

14. "Valuable papers and records" means inscribed, printed or written:

a. Documents;

b. Manuscripts; and

c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

97766(4-14)

## SECTION II -- LIABILITY

### A. Coverages

#### 1. Business Liability

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph D. -- Liability And Medical Expenses Limits Of Insurance in Section II -- Liability; and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph f. Coverage Extension -- Supplementary Payments.

b. This insurance applies:

(1) To "bodily injury" and "property damage" only if:

(a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(b) The "bodily injury" or "property damage" occurs during the policy period; and

(c) Prior to the policy period, no insured listed under Paragraph C.1. Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

(2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph C.1. Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph C.1. Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

f. **Coverage Extension -- Supplementary Payments**

(1) We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(a) All expenses we incur.

(b) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(c) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(e) All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

(f) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(g) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

(2) If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

(a) The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

(b) This insurance applies to such liability assumed by the insured;

(c) The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

(d) The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

(e) The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

(f) The indemnitee:

(i) Agrees in writing to:

i. Cooperate with us in the investigation, settlement or defense of the "suit";

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 65 of 143

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

43766(4-14)

ii. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

iii. Notify any other insurer whose coverage is available to the indemnitee; and

iv. Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(ii) Provides us with written authorization to:

i. Obtain records and other information related to the "suit"; and

ii. Conduct and control the defense of the indemnitee in such "suit".

(3) So long as the conditions in Paragraph (2) are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the Indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph B.1.b.(2) Exclusions in Section II -- Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

(a) We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

(b) The conditions set forth above, or the terms of the agreement described in Paragraph (2)(f) above are no longer met.

2. **Medical Expenses**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section II -- Liability. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

B. **Exclusions**

1. **Applicable To Business Liability Coverage**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 66 of 143
Includes copyrighted material of Insurance Services Office, Inc., with its permission.                43766(4-14)

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 67 of 143

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**f.  Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 69 of 143

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 00 01 04 13

CG7766(4-14)

(b) The operation of any of the following machinery or equipment:

    (i) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (ii) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

i. **War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

j. **Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

k. **Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

Includes copyrighted material of Insurance Services Office, Inc., with its permission. CG7766(4-14)

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph D. Liability And Medical Expenses Limit Of Insurance in Section II -- Liability.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

l. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

m. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

n. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

o. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **Personal And Advertising Injury**

"Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

67-766(4-14)

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(5) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(6) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(7) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(8) Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under Paragraph F. Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

(9) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

(10) With respect to any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

(11) Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

(12) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

(13) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

q. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

r. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

s. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions c., d., e., f., g., h., i., k., l., m., n. and o. in Section II -- Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph D. Liability And Medical Expenses Limits of Insurance in Section II -- Liability.

2. **Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

a. To any insured, except "volunteer workers".

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

f. Included within the "products-completed operations hazard".

g. Excluded under Business Liability Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

66(4-14)

3. **Applicable To Both Business Liability Coverage And Medical Expenses Coverage -- Nuclear Energy Liability Exclusion**

This insurance does not apply:

a. Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

d. As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(i) Separating the isotopes of uranium or plutonium;

(ii) Processing or utilizing "spent fuel"; or

(iii) Handling, processing or packaging "waste";

Includes copyrighted material of Insurance Services Office, Inc., with its permission. 07766(4-14)

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property;

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

(10) "Waste" means any waste material:

(a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

(b) Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs (a) and (b) of the definition of "nuclear facility".

## C. Who Is An Insured

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

07766(4-14)

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b); or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

   No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

D. **Liability And Medical Expenses Limits Of Insurance**

   1. The Limits of Insurance of Section II – Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

      a. Insureds;

      b. Claims made or "suits" brought; or

      c. Persons or organizations making claims or bringing "suits".

   2. The most we will pay for the sum of all damages because of all:

      a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
47766(4-14)

b. "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

4. **Aggregate Limits**

The most we will pay for:

a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

b. All:

(1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2) Plus medical expenses;

(3) Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph a. or b. above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

E. **Liability And Medical Expenses General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

UP766(4-14)

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Separation Of Insureds

Except with respect to the Limits of Insurance of Section II – Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

### F. Liability And Medical Expenses Definitions

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

07766(4-14)

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

      (1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

      (2) Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection or engineering services.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

766(4-14)

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, on which are permanently mounted:

        (1) Power cranes, shovels, loaders, diggers or drills; or

        (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        (2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

        (1) Equipment designed primarily for:

            (a) Snow removal;

            (b) Road maintenance, but not construction or resurfacing; or

            (c) Street cleaning;

        (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

        (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

    However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

07766(4-14)

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Includes copyright material of Insurance Services Office, Inc. with its permission. 66(4-14)

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

    a. Means:

        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            (a) You;

            (b) Others trading under your name; or

            (c) A person or organization whose business or assets you have acquired; and

        (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        (2) The providing of or failure to provide warnings or instructions.

    c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

    a. Means:

        (1) Work or operations performed by you or on your behalf; and

        (2) Materials, parts or equipment furnished in connection with such work or operations.

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        (2) The providing of or failure to provide warnings or instructions.

## SECTION III -- COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I -- PROPERTY AND SECTION II -- LIABILITY)

### A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy;

        (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

            (a) Seasonal unoccupancy; or

            (b) Buildings in the course of construction, renovation or addition.

            Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

(2) After damage by a Covered Cause of Loss, permanent repairs to the building:

    (a) Have not started, and

    (b) Have not been contracted for,

within 30 days of initial payment of loss.

(3) The building has:

    (a) An outstanding order to vacate;

    (b) An outstanding demolition order; or

    (c) Been declared unsafe by governmental authority.

(4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

(5) Failure to:

    (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

    (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

D. **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

E. **Inspections And Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

66(4-14)

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe and healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## F. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. Other Insurance

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section I -- Property.

2. Business Liability Coverage is excess over:

   a. Any other insurance that insures for direct physical loss or damage; or

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## I. Premiums

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph 2. above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

J. **Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

K. **Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

   (2) A business firm:

      (a) Owned or controlled by you; or

      (b) That owns or controls you; or

   (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

L. **Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

**BUSINESSOWNERS**
**BP 01 16 06 23**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NORTH CAROLINA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A. Section I – Property** is amended as follows:

1. If loss or damage to Covered Property in the Beach Territory is caused by or results from Windstorm Or Hail, the following additional exclusion applies to **Section I – Property:**

   **Windstorm Or Hail Exterior Paint And Waterproofing Exclusion**

   We will not pay for loss or damage to:

   a. Paint; or

   b. Waterproofing material;

   applied to the exterior of Buildings.

   We will not include the value of paint or waterproofing material to determine the value of Covered Property.

   The Beach Territory consists of localities south and east of the Inland Waterway:

   a. From the South Carolina line to Fort Macon (Beaufort Inlet); and

   b. From there south and east of Core, Pamlico, Roanoke and Currituck Sounds to the Virginia line, generally known as the Outer Banks.

2. Paragraph **E.2. Appraisal** Property Loss Condition is replaced by the following:

   **2. Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. You and we must notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be the appraised value of the property or amount of loss. If you make a written demand for an appraisal of the loss, each party will:

   a. Pay its chosen appraiser; and

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 86 of 143

**b.** Bear the other expenses of the appraisal and umpire equally.

3. Paragraph **E.4. Legal Action Against Us** Property Loss Condition is replaced by the following:

### 4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within three years after the date on which the direct physical loss or damage occurred.

4. Paragraph **E.5.d.(1)(d) Loss Payment** Property Loss Condition is replaced by the following:

### 5. Loss Payment

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced:

i. On the described premises; or

ii. At some other location in the State of North Carolina; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

5. The following condition is added:

### Time Period For Performance Of Contractual Obligations

Whenever a state of disaster is proclaimed for the State of North Carolina or for an area within this state in accordance with state law, or whenever a major disaster is declared for North Carolina or an area within this state by the President of the United States under the Stafford Act or its successors, the following provisions apply:

1. If the Covered Property that has sustained loss or damage is located within the designated area in the disaster declaration or proclamation, the time period for your submission of a proof of loss (as set forth in the Duties In The Event Of Loss Or Damage Condition or similar provision in this Policy or in an endorsement attached to this Policy) shall be extended by a time period not exceeding the earlier of:

**a.** The expiration of the disaster proclamation or declaration and all renewals of the proclamation; or

**b.** The expiration of the Insurance Commissioner's order declaring action for the specific disaster.

 © Insurance Services Office, Inc., 2022

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 87 of 143

2. Except as otherwise provided in Paragraphs **1.** and **4.**, the following applies if you or we reside in or are located in the designated area in the disaster declaration or proclamation:

If this Policy or an endorsement attached to this Policy imposes a time limitation on you or us for a performance of:

a. A premium or debt payment; or

b. Any other duty or any act (including transmittal of information and communications);

under the terms of this Policy and such performance would be required during the time period prior to the expiration of the Insurance Commissioner's order declaring action for the specific disaster, your performance and our performance is subject to a deferral period of 30 days. The Commissioner of Insurance may extend such deferral period.

3. In addition to Paragraphs **1.** and **2.** above, if you have been displaced from your residence:

a. Any written notice of cancellation for nonpayment of premium scheduled to be effective after the deferral period has commenced is deferred. Following the expiration of the deferral period, we may cancel for nonpayment of premium subject to the notice requirements in Paragraph **B.1.** of this endorsement.

b. Any written notice of nonrenewal scheduled to be effective after the deferral period has commenced is deferred. Following the expiration of the deferral period, we may elect not to renew this Policy subject to the notice requirements in Paragraph **B.2.** of this endorsement.

4. If the proclamation or declaration is the result of a public health emergency as determined by the Secretary of the U.S. Department of Health and Human Services, or other situations where the Governor has, by executive order, ordered all individuals in North Carolina to stay at home or at their place of residence, the following provisions shall apply:

a. If you reside within the designated area in the proclamation or declaration, you have the option to defer premium payments that are due during the time period covered by the Commissioner's order declaring the specific public health emergency or situation that may require the citizens of North Carolina to shelter In place. The deferral period shall be **30** days from the last day the premium payment may be made under the terms of the Policy. The Commissioner of Insurance may extend such deferral period.

b. Any written notice of cancellation for nonpayment of premium scheduled to be effective after the deferral period has commenced is deferred. Following the expiration of the deferral period, we may cancel for nonpayment of premium subject to the notice requirements in Paragraph **B.1.** of this endorsement.

**B. Section III – Common Policy Conditions** is amended as follows:

**1.** Paragraph **A.2. Cancellation** is replaced by the following:

**2. Cancellation Requirements**

**a. Policies In Effect Less Than 60 Days**

If this Policy has been in effect for less than 60 days, we may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b. Policies In Effect More Than 60 Days**

If this Policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this Policy prior to the:

**(1)** Expiration of the policy term; or

**(2)** Anniversary date;

stated in the Policy only for one or more of the following reasons:

**(a)** Nonpayment of premium;

**(b)** An act or omission by the insured or his or her representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining this Policy, continuing this Policy or presenting a claim under this Policy;

**(c)** Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by the parties at the time of assumption of the risk;

**(d)** Substantial breach of contractual duties, conditions or warranties that materially affects the insurability of the risk;

**(e)** A fraudulent act against us by the insured or his or her representative that materially affects the Insurability of the risk;

**(f)** Willful failure by the insured or his or her representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us;

**(g)** Loss of facultative reinsurance, or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-41-30;

**(h)** Conviction of the insured of a crime arising out of acts that materially affect the insurability of the risk;

**(i)** A determination by the Commissioner of Insurance that the continuation of the Policy would place us in violation of the laws of North Carolina; or

**(j)** You fail to meet the requirements contained in our corporate charter, articles of incorporation or bylaws when we are a company organized for the sole purpose of providing members of an organization with insurance coverage in North Carolina.

We will mail or deliver written notice of cancellation to the first Named Insured at least:

**(a)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** Cancellation for nonpayment of premium will not become effective if you pay the premium amount due before the effective date of cancellation.

**d.** We may also cancel this Policy for any reason not stated above provided we obtain your prior written consent.

© Insurance Services Office, Inc.
BP 04 16 06 23

Case 1:26-cv-00164　　Document 14　Filed 06/04/26　　Page 89 of 143

**2.** The following paragraphs are added and supersede any other provision to the contrary:

**M. Nonrenewal**

    **1.** If we elect not to renew this Policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of nonrenewal at least 45 days prior to the:

        **a.** Expiration of the Policy if this Policy has been written for one year or less; or

        **b.** Anniversary date of the Policy if this Policy has been written for more than one year or for an indefinite term.

    **2.** We need not mail or deliver the notice of nonrenewal if you have:

        **a.** Insured property covered under this Policy, under any other insurance policy;

        **b.** Accepted replacement coverage; or

        **c.** Requested or agreed to nonrenewal of this Policy.

    **3.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**N.** The written notice of cancellation or nonrenewal will:

    **1.** Be mailed or delivered to the first Named Insured and any designated mortgagee or loss payee at their addresses shown in the Policy, or if not indicated in the Policy, at their last known addresses; and

    **2.** State the reason or reasons for cancellation or nonrenewal.

**C.** The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

    **1.** The **Limits Of Insurance** Provision under Paragraph **K.** is replaced by the following:

    **Limits Of Insurance**

    **Information Security Protection Aggregate Limit Of Insurance**

    **a. During The Policy Period**

        The most we will pay for all "loss" and "defense expenses" covered under this Endorsement is the Information Security Protection Aggregate Limit Of Insurance shown in the Schedule. The Information Security Protection Aggregate Limit of Insurance shall be reduced by the amount of any payment made under the terms of this Endorsement.

        Upon exhaustion of the Information Security Protection Aggregate Limit of Insurance by such payments, we will have no further obligations or liability of any kind under this Endorsement.

    **b. During The Supplemental Extended Reporting Period**

        The most we will pay for all "loss" and "defense expenses" covered under this Endorsement during the Supplemental Extended Reporting Period is a separate Aggregate Limit of Insurance which is equal to the Information Security Protection Aggregate Limit Of Insurance shown in the Schedule at the inception of the policy period.

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 90 of 143

If such Aggregate Limit of Insurance is exhausted by the payments of "loss", we shall have no further obligations or liability of any kind to make any payment under the Supplemental Extended Reporting Period Endorsement.

"Defense expenses" are part of the "loss" and are not payable by us in addition to the Aggregate Limit of Insurance applicable to the Supplemental Extended Reporting Period, but are payable within the Aggregate Limit of Insurance, thereby reducing such Aggregate Limit of Insurance.

2. Paragraph **2.g.** of Paragraph **N. Extended Reporting Periods** is replaced by the following:

   **g.** We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

      **(1)** The exposures insured;

      **(2)** Previous types and amounts of insurance;

      **(3)** Limit of Insurance available under this Endorsement for future payment of damages; and

      **(4)** Other related factors.

      The additional premium may not exceed 200% of the annual premium for this Endorsement. The premium for the Supplemental Extended Reporting Period will be deemed fully earned as of the date it is purchased.

3. Paragraph **3.b.** of Paragraph **N. Extended Reporting Periods** is replaced by the following:

   **b. Supplemental Extended Reporting Period Limit**

      There is a separate Aggregate Limit of Insurance for the Supplemental Extended Reporting Period. The Limit of Insurance available during the Supplemental Extended Reporting Period, if purchased, shall be equal to the Information Security Protection Aggregate Limit Of Insurance shown in the Schedule at the inception of the policy period.

4. The following is added to the **Common Policy Conditions** under Paragraph **P.:**

   **Loss Information**

   We will provide the Named Insured the following information relating to this and any preceding policy we have issued to you during the previous three years:

   **a.** A list or other record of each "wrongful act", not previously reported to any other insurer, of which we were notified in accordance with the Duties In The Event Of Claim Or Loss Condition in Paragraph **M.** We will include the date and a brief description of the "wrongful act" if that information was in the notice we received.

   **b.** A summary, by policy year, of payments made and amounts reserved under the limit of liability.

   Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

   You must not disclose this information to any claimant or any claimant's representative without our consent.

   If we cancel or elect not to renew this Endorsement, we will provide such information no later than 30 days before the date of termination. In other circumstances, we will provide this information only if we receive a written request from the Named Insured within 60 days after the end of the "policy period". In this case, we will provide this information within 45 days of receipt of the request.

   We will compile "claim" and "wrongful act" information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first "named insured", we make no representations or warranties to the first "named insured", insurers or others to whom this information is furnished by or on behalf of any "insured". Cancellation or nonrenewal will become effective even if we inadvertently provide inaccurate information.

 © Insurance Services Office, Inc., 2022 BP 07 16 06 23

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 91 of 143

Policy No. 6620216                                                    Agent No. 0320065

**BUSINESSOWNERS**
**BP 12 14 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NORTH CAROLINA EFFECTIVE TIME CHANGES – REPLACEMENT OF 12 NOON

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

 Case 1:26-cv-00164     Document 1-1     Filed 06/04/26     Page 92 of 143

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The following is added to Paragraph A.3. Covered Causes of Loss in SECTION I – PROPERTY:

**Additional Coverage – Equipment Breakdown**

Additional Coverage Equipment Breakdown as described and limited below is included in the term Covered Cause of Loss. Without an "accident" or "electronic circuitry Impairment", there is no Equipment Breakdown Coverage.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

2. The following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage 2.i. Service Interruption below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

   a. Business Income and Extra Expense

      (1) Any insurance provided under the policy to which this Equipment Breakdown Coverage endorsement is attached for Business Income or Extra Expense is extended to the coverage provided by this endorsement.

      (2) The most we will pay under this Business Income and Extra Expense coverage is the applicable limit for Business Income and Extra Expense.

   b. Data Restoration

      (1) We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

      (2) The most we will pay under this Data Restoration coverage is $100,000. This amount includes the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

   c. Expediting Expenses

      (1) With respect to your damaged Covered Property, we will pay the reasonable and necessary extra cost to:

         (a) Make temporary repairs; and

         (b) Expedite permanent repairs or replacement.

      (2) The most we will pay under this Expediting Expenses coverage is $100,000.

   d. Hazardous Substances

 © 2021 The Hartford Steam Boiler Inspection and Insurance Company, all rights reserved

Case 1:26-cv-00164 Document 1-1 Filed 06/04/26 Page 93 of 143

(1) We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

(2) This coverage does not apply to testing, clean up or disposal of land, water or any other property that is not Covered Property.

(3) This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in Refrigerant Contamination, 2.j.(2) below.

(4) The most we will pay under this Hazardous Substances coverage is $100,000. This amount includes the actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered.

e. Off Premises Equipment Breakdown

(1) We will pay for physical damage to portable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location.

(2) We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within portable "covered equipment" as described in (1) above. This amount may not exceed the limit applicable to Data Restoration coverage.

(3) With respect to this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur anywhere in the world except within any country on which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

(4) The most we will pay under this Off Premises Equipment Breakdown coverage is the Personal Property Off Premises limit shown in your policy. Our payment under this coverage includes:

(a) The actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered; and

(b) Data Restoration as described in (2) above.

f. Public Relations

(1) This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

(2) We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

(a) The media;

(b) The public; or

(c) Your customers, clients or members.

(3) Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

(4) The most we will pay under this Public Relations coverage is $25,000.

g. Resultant Damage to Animals

(1) Any insurance provided under the policy to which this Equipment Breakdown Coverage endorsement is attached for "animals" is extended to the coverage provided by this endorsement.

(2) The most we will pay under this Resultant Damage to Animals coverage is $25,000. This amount includes the actual loss of Business Income and necessary Extra Expense you incur, if shown as covered.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 94 of 143

h. Resultant Loss from a Cyber Event

All coverages under this Equipment Breakdown Coverage are extended to an "accident" or "electronic circuitry impairment" caused by or resulting from a "cyber event".

i. Service Interruption

(1) Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage and Consequential Damage is extended to apply to your loss, damage, or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, "cloud or outsourced computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) "Cloud or outsourced computing services" must be provided by a professional provider with whom you have a contract. With respect to this Service Interruption coverage only, the "accident" to the equipment of a provider of "cloud or outsourced computing services" may occur anywhere in the world except within any country on which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

(3) With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud or outsourced computing services".

(4) Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

(5) The most we will pay in any "one equipment breakdown" under this Service Interruption coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage and Consequential Damage.

j. Spoilage and Consequential Damage

(1) We will pay for physical damage to "perishable goods" due to "spoilage and consequential damage".

(2) We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

(3) We will also pay any necessary expenses you incur to reduce the amount of loss under this Spoilage and Consequential Damage coverage. However, we will not pay more than the amount that would otherwise have been payable under this Spoilage and Consequential Damage coverage.

(4) The most we will pay under this Spoilage and Consequential Damage coverage is $100,000.

B. The following is added to Paragraph B. Exclusions

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this endorsement. Exclusions listed in this endorsement apply regardless of cause.

If any cyber incident exclusion is made a part of this policy, such exclusion will not apply to the coverage provided in A.2.h. Resultant Loss from a Cyber Event.

1. With respect to coverage under this endorsement, the following exclusions are modified:

a. The next to the last paragraph in Exclusion B.1.h. is deleted and replaced with the following:

01532 (04 23)          © 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.          Page 3 of 11

However, if an excluded loss or damage, as described in Paragraph (1) above results in an "accident" or "electronic circuitry impairment", we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

b. The last paragraph of Exclusion B.2.l. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.l.(1) through (7) results in an "accident" or "electronic circuitry impairment", we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

2. With respect to coverage under this endorsement, the following exclusions are added:

a. We will not pay for loss, damage or expense caused by any of the following causes of loss, whether directly or indirectly. This exclusion applies even if the excluded cause of loss was the result of an "accident" or "electronic circuitry impairment":

(1) Fire, including smoke from a fire.

(2) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere.

(3) Any other explosion, except as specifically covered under this endorsement.

(4) Any earth movement. This includes, but is not limited to, earthquake, earth sinking, landslide, sinkhole collapse, subsidence, tsunami or volcanic action.

(5) Flood; mudslide or mudflow; overflow of any body of water; storm surge; tidal waves; tides; surface water; water that discharges, overflows or backs up from a drain, sump or sewer; waves; or spray associated with any of the foregoing; all whether or not caused by or involving wind.

However, if electrical "covered equipment" requires drying out because of the above, we will pay for the amount you actually expend to dry out such equipment, subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies. We will not pay more than the "actual cash value" of the affected electrical "covered equipment". We will not pay to replace such equipment or for any other loss, damage, or expense.

(6) Vandalism, meaning a malicious act that causes damage or destruction. However, this exclusion does not apply to a "cyber event".

(7) Any "cyber event", except as specifically provided in A.2.h. (Resultant Loss from a Cyber Event coverage).

(8) Your failure to use all reasonable means to protect Covered Property from damage following an "accident" or "electronic circuitry impairment".

(9) Freeze caused by cold weather, except as specifically provided under Spoilage and Consequential Damage coverage.

(10) Discharge of molten material from equipment, including the heat from such discharged material.

b. We will not pay for loss, damage or expense caused directly or indirectly by any condition or event listed in (1) through (5) below, without regard to whether such condition or event is normal and expected or unusual and unexpected. However, if a condition or event that is listed in (1) through (5) below results in an "accident" or "electronic circuitry impairment" and no other exclusion applies, we will pay only for the loss, damage or expense that is a direct result of and solely attributable to the "accident" or "electronic circuitry impairment".

(1) Any defect, error, or shortcoming in design or installation;

(2) Any undercapacity, underperformance, failure to perform as expected or failure to perform as designed;

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 96 of 143

(3) Any defect, programming error, programming limitation, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind;

(4) Contamination by a "hazardous substance";

(5) Any condition, including, but not limited to, misalignment, miscalibration or tripping off-line which can be corrected by:

    (a) Resetting, tightening, adjusting or cleaning;

    (b) Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

    (c) Rebooting, reloading or updating software or firmware; or

    (d) Providing necessary power or supply.

c. We will not pay for an "accident" or "electronic circuitry impairment" caused by or resulting from any of the following causes of loss:

(1) Lightning.

(2) Windstorm or hail. However, this exclusion does not apply when:

    (a) "Covered equipment" located within a structure or building suffers an "accident" or "electronic circuitry impairment" that results from wind-blown dust, rain, sand or snow; and

    (b) The structure or building did not first sustain wind or hail damage to its roof or walls through which the dust, rain, sand or snow entered.

(3) Collision or any physical contact caused by or involving a "vehicle".

(4) Smoke, riot or civil commotion, sprinkler leakage or elevator collision.

(5) Weight of snow, ice or sleet.

(6) Collapse.

(7) Falling objects. However, this exclusion does not apply to:

    (a) Property located outside the walls of a structure or building; or

    (b) Loss or damage to property located within a structure or building, unless a falling object first damages the roof or exterior wall of the structure or building.

(8) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

(9) Any means, whether or not successful, intended to extinguish a fire. This includes, but is not limited to, the spraying of water.

d. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

(1) Loss caused by your failure to use due diligence and dispatch and any and all reasonable means to resume business; or

(2) Any increase in loss resulting from an agreement between you and your customer, supplier or contractor.

01532 (04-23)    © 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.    Page 5 of 11

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 97 of 143

e. We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any mold, fungus, mildew or yeast, including any spores or toxins created or produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean-up, remediation, containment, removal or abatement of such mold, fungus, mildew, yeast, spores or toxins. However, this exclusion does not apply to "spoilage and consequential damage" of personal property that is "perishable goods", to the extent that such "spoilage and consequential damage" is covered under Spoilage and Consequential Damage coverage.

f. Except as specifically provided under A.2.b. Data Restoration, or A.2.g. Resultant Damage to Animals, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

(1) Physical loss or damage to "animals";

(2) Loss, interruption or compromise of any research, test or study involving "animals"; or

(3) Loss of Income or extra expense resulting from (1) or (2) above.

g. We will not pay for loss or damage to any of the following, whether or not caused by an "accident" or "electronic circuitry impairment":

(1) Catalysts or molecular sieves;

(2) Artifacts, fossils, relics, or any rare items of cultural, historical or scientific interest; or

(3) Biological samples or materials, including, but not limited to, organs, tissues or blood.

h. We will not pay for "spoilage and consequential damage" to any "perishable goods" with respect to Off Premises Equipment Breakdown coverage.

i. Exclusions 2.c.(1) through (7) above do not apply if:

(1) The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

(2) Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

(3) The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

## C. EQUIPMENT BREAKDOWN LIMITS OF INSURANCE

Any payment made under this Equipment Breakdown Coverage will not be increased if multiple insureds are shown in the Declarations or if you are comprised of more than one legal entity.

a. The most we will pay for loss, damage or expense arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

b. Loss arising from any "one equipment breakdown" may continue to be present or recur in a later policy period. In such a case, the most we will pay for all loss, damage or expense arising out of any "one equipment breakdown" is the coverage limit at the time of the "accident" or "electronic circuitry impairment".

c. If two or more coverage limits apply to the same loss or portion of a loss, we will pay only the smallest of the applicable limits for that loss or portion of that loss.

01532 (0438) 1:26-cv-00164 Hartford Steam Boiler Inspection and Insurance Company 20 rights reserved 98 of 143 Page 6 of 11

D. EQUIPMENT BREAKDOWN CONDITIONS

    1. The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

        a. Jurisdictional Inspections

        If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

        b. Suspension

        Any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to any "covered equipment" that is found to be in a dangerous condition or exposed to a dangerous condition. They may do this by mailing or delivering a written notice of suspension to:

        (1) Your address most recently known to us; or

        (2) The address where the applicable "covered equipment" is located.

        The only way we may reinstate insurance is by issuing an endorsement for that "covered equipment".

        We will refund the premium applicable to the suspended "covered equipment", prorated for the period of suspension. However, the suspension will be effective immediately even if we have not yet offered or made a refund.

    2. With respect to this endorsement only, the Loss Payment Condition 5.d. in the Businessowners Coverage Form is deleted and replaced with the following:

        d. We will determine the value of Covered Property as follows:

        (1) Except as specified otherwise, our payment for damaged Covered Property will be the least expensive of:

            (a) The cost to repair the damaged property;

            (b) The cost to replace the damaged property on the same site; or

            (c) The amount you actually spend that is necessary to replace or repair the damaged property.

        (2) The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property. This will not include costs to research or correct defects, errors or shortcomings in the design or installation of the Covered Property.

        (3) Except as described in (4) below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

        (4) Environmental, Safety and Efficiency Improvements

        If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to any property to which "actual cash value" applies and does not increase any of the applicable limits.

        (5) Consequential Loss to Undamaged Stock

        Our payment for damaged Covered Property will include compensation for undamaged stock that loses market value or requires additional expense because of the damage to the Covered Property.

    (6) The following property will be valued on an "actual cash value" basis:

       (a) Any property that does not serve a useful or necessary function for you; and

       (b) Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment".

    (7) If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

       (a) The property was manufactured by you;

       (b) The sales price of the property is less than the replacement cost of the property; or

       (c) You are unable to replace the property before its anticipated sale.

    (8) Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

       (a) For mass-produced and commercially available software, at the replacement cost.

       (b) For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

## E. EQUIPMENT BREAKDOWN DEFINITIONS

The following definitions are added with respect to this endorsement only:

a. "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

    (1) Mechanical breakdown, including physical damage caused by centrifugal force. As used in this definition, Mechanical Breakdown means an occurrence involving one or more moving parts of machinery that causes such machinery to operate improperly or to cease operating.

    (2) Artificially generated electrical current, including electrical arcing, that damages electrical devices, appliances or wires.

    (3) Explosion, other than combustion explosion, of steam boilers, steam engines, steam piping or steam turbines.

    (4) Sudden physical damage not otherwise excluded occurring inside:

       (a) Steam boilers, steam engines, steam piping or steam turbines; or

       (b) Hot water boilers or other equipment used to heat water.

    (5) Bursting, cracking or splitting. However, this does not include any bursting, cracking or splitting associated with an explosion, unless such explosion is an "accident" as defined in (3) above.

b. "Actual cash value" means the replacement cost for parts, equipment or other property less Depreciation. However, the "actual cash value" will not be less than 25% of the actual replacement cost.

As used in this definition, Depreciation means the ratio of the age of the property at the time of loss to its expected useful life.

Depreciation will not be applied to labor or other costs necessary to complete the repair or replacement.

c. "Animal" means a creature of the kingdom Animalia. This includes, but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

d. "Buried vessels or piping"

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 100 of 143

(1) "Buried vessels or piping" means any piping, valve, fitting, or vessel that is buried or encased in the earth, concrete or other material, whether above or below grade, or in an enclosure which does not allow access for inspection and repair. Such equipment will be considered "buried vessels or piping" if any portion is buried or encased, whether or not the entire piece of equipment is buried or encased and whether or not the equipment is connected to other equipment that is not buried or encased.

(2) None of the following are "buried vessels or piping":

    (a) Any piping, valve, fitting, or vessel within a building. However, such equipment will not be considered within a building if it is partly or entirely beneath the building's foundation.

    (b) Any piping, valve, fitting, or vessel within a tunnel through which people can pass and that connects two or more buildings.

    (c) Any piping, valve or fitting that is part of a closed loop geothermal system.

    (d) A pressure vessel used as the cylinder of a hydraulic elevator.

e. "Cloud or outsourced computing services" means professional, on-demand, self-service data storage or data processing services provided through the internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud or outsourced computing services" include private clouds if such services are owned and operated by a third party.

f. "Covered equipment"

(1) "Covered equipment" means Covered Property:

    (a) That generates, transmits or utilizes energy; or

    (b) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

(2) None of the following is "covered equipment":

    (a) Structures, including, but not limited to, the structural portions of buildings, towers or scaffolding.

    (b) Foundations.

    (c) Cabinets, compartments, conduits or ductwork.

    (d) Insulating or refractory materials or glass linings.

    (e) Dies, patterns or forms.

    (f) "Buried vessels or piping".

    (g) Waste, drainage or sewer piping.

    (h) Piping, valves or fittings forming a part of a sprinkler or fire suppression system.

    (i) Piping, valves or fittings used to convey water. However, the following is "covered equipment":

        i. Piping, valves or fittings that are part of a closed loop connected to a boiler or a refrigeration or air conditioning system; and

        ii. Valve actuators.

    (j) "Vehicles" or any equipment mounted on a "vehicle.

    (k) Satellites, spacecraft or any equipment mounted on a satellite or spacecraft.

01532 (04-23)          © 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.          Page 9 of 11

      (l)  Draglines, excavation or construction equipment.

     (m)  Equipment manufactured by you for sale.

     (n)  Equipment of others that you modify, maintain or test as a professional service.

     (o)  "Data".

g. "Cyber event" means a hostile, illegal or transgressive act committed through electronic systems. This includes, but is not limited to, hacking, a denial of service attack or the deployment of malware. However, this does not include any such act committed as an act of war, whether or not officially declared.

h. "Data" means information or instructions stored in digital code capable of being processed by machinery.

i. "Electronic circuitry impairment"

    (1)  "Electronic circuitry impairment" means a fortuitous event involving Electronic Circuitry within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in (2) and (3) below.

    (2)  We will determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

    (3)  None of the following is an "electronic circuitry impairment":

      (a)  Any condition caused by or related to:

        (i)  Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

       (ii)  Insufficient size, capability or capacity of the "covered equipment".

      (b)  Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty will not be considered an observable loss of functionality.

    (4)  As used in this definition, Electronic Circuitry means microelectronic components, including, but not limited to, circuit boards, integrated circuits, computer chips and disk drives.

j. "Hazardous substance" means any substance that is dangerous or harmful to health or has been declared by a governmental agency to be dangerous or harmful to health.

k. "Media" means material on which "data" is recorded, such as flash drives, hard disks, magnetic tapes, optical disks or solid state drives.

l. "One equipment breakdown" means all "accidents" and "electronic circuitry impairments" occurring at the same time from the same event. If an "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown".

m. "Perishable goods" means any Covered Property that is personal property, other than "animals", subject to deterioration or impairment as a result of a change in conditions, including but not limited to, temperature, humidity or pressure.

n. "Spoilage and consequential damage" means any detrimental change in physical state. This includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, freezing of fresh goods, solidification of liquid or molten material and chemical reactions to material in process.

01532 (06/23)                    © 2020 The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.                    Page 10 of 11

o.  "Vehicle"

   (1) "Vehicle" means, with respect to this endorsement only, any machine or apparatus that is used for transportation or is able to move about under its own power, even if it is solely used within a structure or building. "Vehicle" includes, but is not limited to, any car, truck, bus, trailer, train, aircraft, drone, watercraft, forklift, bulldozer, tractor or harvester.

   (2) However, any property at a covered location that, for at least 24 consecutive hours, has been stationary, installed and receiving electrical power from a power source that is external to such property. A battery-propelled machine or apparatus that requires periodic recharging is considered a "vehicle" and not subject to this exception.

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

01532 (04-23)       © 2021, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.       Page 31 of 11

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 103 of 143

**BUSINESSOWNERS**
**BP 05 01 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

BUSINESSOWNERS
BP 05 15 12 20

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

## SCHEDULE

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)** $ |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses** 80 % |
| (Refer to Paragraph B. in this endorsement.) |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

   © Insurance Services Office, Inc., 2020

Case 1:26-cv-00164   Document 1-1   Filed 06/04/26   Page 105 of 143

## C. Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2020

BP 05 15 12 20

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 106 of 143

**BUSINESSOWNERS
BP 05 23 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 107 of 143

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## Business Protector Diamond Plus

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

| SECTION I -- BLANKET COVERAGES | * BLANKET LIMIT OF INSURANCE $100,000 |
|---|---|
| 1. Accounts Receivable | * Blanket |
| 2. Computer Coverage | * Blanket |
| 3. Debris Removal | * Blanket |
| 4. Property at Exhibition, Fair, or Trade Show | * Blanket |
| 5. Valuable Papers and Records | * Blanket |
| 6. Worldwide Laptop Coverage | * Blanket |

| SECTION II -- SCHEDULED COVERAGES | SCHEDULED LIMIT OF INSURANCE |
|---|---|
| 1. Brands and Labels | Included |
| 2. Business Income Changes - Waiting Period | 0 Hours |
| 3. Business Income from Dependent Properties | $25,000 |
| 4. Business Income - Extended Business Income | 60 Days |
| 5. Business Personal Property - Seasonal Increase | 50% |
| 6. Cellular Phones | $1,000 |
| 7. Change in Temperature, Electrical Injury and Off-Premises Services | $2,500 |
| 8. Consequential Loss to Stock | Included |
| 9. Counterfeit Money, Money Orders and Fraudulent Use of Credit Card | $2,500 |
| 10. Covered Property Extension | 1,000 Feet |
| 11. Employee Dishonesty | $10,000 |
| 12. Fine Arts | $10,000 |
| 13. Fire Department Service Charge | $10,000 |
| 14. Fire Extinguishing System Recharge | $15,000 |
| 15. Forgery or Alteration | $10,000 |
| 16. Lock Replacement | $2,500 |
| 17. Money and Securities On-Premises | $10,000 |
| Money and Securities Off-Premises | $5,000 |
| 18. Newly Acquired or Constructed Property - Buildings | $500,000 |
| 19. Newly Acquired or Constructed Property - Business Personal Property | $250,000 |
| 20. Ordinance or Law Coverage 1 - Covered Building Limit | |
| Coverage 2 & 3 | $100,000 |
| 21. Outdoor Property including All Signs | $25,000 |
| 22. Outdoor Property - Trees, Shrubs and Plants | $10,000 |
| 23. Personal Effects | $10,000 |
| 24. Personal Property of Others - Replacement Cost | |
| 25. Personal Property Off-Premises including Transit | $20,000 |
| 26. Preservation of Property | 60 Days |
| 27. Reward Payment - Arson, Theft, and Vandalism | $10,000 |
| 28. Tenant Building | $25,000 |
| 29. Utility Services - Time Element | $5,000 |
| 30. Water Back-Up And Sump Overflow Interior Building Drains | $25,000 |
| Exterior Drains | $10,000 |

*Business Personal Property coverage extensions do not apply if Business Personal Property coverage is not insured on this policy.*

BP367(1-16)

## SECTION I -- BLANKET COVERAGES

### Blanket Limit of Insurance

The Blanket Limit of Insurance applies separately to each covered location shown in the Declarations and is subject to the Property Deductible shown in the Declarations. You may apply this Blanket Limit of Insurance to one or any combination of these Coverages, but under no circumstances is the aggregate apportionment permitted to exceed the Blanket Limit of Insurance for any one location.

If you purchase coverage separately for any of the blanketed coverages, the limit available in this Blanket Coverage will be in addition to the specific limit purchased.

1.  **Accounts Receivable**

    Under Coverage Extensions Paragraph 6.f., the most we will pay for loss or damage to accounts receivable in any one occurrence at the described premises is up to the blanket limit subject to the Blanket Limit of Insurance clause. This replaces the on premises limit of $10,000.

    For accounts receivable not at the described premises, the most we will pay is $25,000. This replaces the off premises limit of $5,000.

2.  **Computer Coverage**

    Coverage is extended to include risks of direct physical loss to your Electronic Data Processing Equipment and Electronic Media and Records. The most we will pay for loss in any one occurrence is the blanket limit subject to the Blanket Limit of Insurance clause.

    The following provisions (A. through F. inclusive) apply only to Computer Coverage:

    A.  Paragraph A.1.b. Business Personal Property is supplemented by the following:

        b.  **Business Personal Property**

            Covered Property as used in this endorsement includes the following types of property that you own that are used in your business; and property of others as defined below, that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition E.5.d.(3)(b):

    (1)  Electronic Data Processing Equipment (Hardware):

         As used in this coverage, Electronic Data Processing Equipment includes:

         (a)  Programmable electronic equipment that is used to store, retrieve and process data; and

         (b)  Associated peripheral equipment that provides communication including input and output functions such as printing, or auxiliary functions such as data transmission;

         except as described in (2) below.

    (2)  Electronic Media and Records (including Software):

         As used in this endorsement, Electronic Media and Records means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve, or send data.

    B.  The following is added to Paragraph A.2. Property Not Covered:

        j.  Property held as samples, held for rental or sale or that you rent to others;

        k.  Property in storage away from the premises shown in the Declarations except as provided in the Coverage Extensions of this endorsement.

C. Under A.4. Limitations, Paragraphs a.(1) and (2) do not apply.

D. Coverage Extensions A.6. is amended as follows:

1. Coverage Extension 6.b. Personal Property Off-premises is amended as follows:

    (a) Personal Property Off-premises applies to Covered Property:

       (1) While such property is in the course of transit or is located at a premises you do not own, lease, or operate for not more than 90 days.

       (2) Including duplicate or back-up electronic media and records that are stored at a separate location that is at least 100 feet from the premises described in the Declarations as applying to electronic media and records.

    (b) The most we will pay for loss or damage under this Extension is the blanket limit subject to the Blanket Limit of Insurance clause.

2. The following are added to A.6. Coverage Extensions:

    g. **Mechanical Breakdown of Electronic Data Processing Equipment**

       We will pay for loss or damage to Covered Property due to mechanical breakdown.

       This Coverage Extension is included within the Blanket Limit of Insurance.

    h. **Artificially Generated Electrical Current**

       We will pay for loss or damage to Electronic Data Processing Equipment due to artificially generated electrical current if such loss or damage is caused by or results from interruption of electric power supply, power surge, blackout, or brownout. This Coverage Extension is included within the Blanket Limit of Insurance.

       The Electrical Apparatus Exclusion B.2.a. does not apply to this Coverage Extension.

E. The following is added to Paragraph B. Exclusions:

1. The following exclusions do not apply to coverage provided under this endorsement:

    B.1.e. Utility Services, B.2.c. Smoke, Vapor, Gas, B.2.d. Steam Apparatus, B.2.i. Collapse, B.2.l. (3), (4), (5) Other Types Of Loss, and B.3.b Acts Or Decisions.

2. Exclusion B.2.l.(7) is replaced by the following:

    (a) Dampness or dryness of atmosphere, or changes in or extremes of temperature, unless such conditions result from physical damage caused by a covered cause of loss to an air conditioning unit or system, including equipment and parts, which is part of, or used with the electronic data processing equipment.

    (b) Marring or scratching.

    But if an excluded cause of loss that is listed in B.2.l.(1), (2), (6) or (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

F. Additional Exclusions

    The following exclusions apply in addition to the exclusions listed under B. Exclusions:

    We will not pay for loss, or damage caused by, or resulting from any of the following:

1. Human errors or omissions in processing, recording, or storing information on electronic media and records and electronic data processing equipment.

    But we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this endorsement.

2. Electrical or magnetic injury, disturbance, or erasure of electronic recordings, except as provided for under the Coverage Extensions of this endorsement.

    But we will pay for direct loss or damage caused by lightning.

95467(1-16)

3. Failure, breakdown or malfunction of electronic media and records and electronic data processing equipment, including parts, while the media is being run through the equipment.

But, we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss are covered by this endorsement.

4. Installation, testing, repair or other similar service performed upon the electronic data processing media and records or electronic data processing equipment, including parts.

### 3. Debris Removal

Under Additional Coverages Paragraph 5.a.(4) we will pay for debris removal expense up to the blanket limit subject to the Blanket Limit of Insurance clause, for each location, in any one occurrence of physical loss or damage to Covered Property if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage, and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus up to the blanket limit stated on this form.

### 4. Property at Exhibition, Fair, or Trade Show

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities," while it is in the course of transit or temporarily at an exhibition, fair or trade show premises you do not own, lease or operate. We do not cover articles separately described and specifically insured in this or other insurance. The most we will pay for loss or damage under this Extension is the blanket limit subject to the Blanket Limit of Insurance clause.

### 5. Valuable Papers and Records

Under Coverage Extensions Paragraph 6.e., the most we will pay for loss or damage to valuable papers and records in any one occurrence at the described premises is up to the blanket limit subject to Blanket Limit of Insurance clause. This replaces the on premises limit of $10,000.

For valuable papers and records not at the described premises, the most we will pay is $25,000. This replaces the off premises limit of $5,000.

### 6. Worldwide Laptop Coverage

You may extend coverage to your laptops, notebooks, and similar highly portable personal computers, including their peripherals and accessories, while such specific Covered Property is:

a. In your or your employee's care, custody, and control;

b. Not located at a premises you own or lease; and

c. Not located in a location that is under a United States Department of trade or travel restriction at the time of loss.

d. Worldwide Laptop Coverage does not apply per location.

The most we will pay for loss or damage under this Extension is the blanket limit subject to the Blanket Limit of Insurance clause.

### SECTION II -- SCHEDULED COVERAGES

SECTION II coverages of this endorsement are subject to the provisions applying to SECTION I -- PROPERTY of the Businessowners form.

### 1. Brands and Labels

A. If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If so, you may:

1. Stamp the word "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

2. Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

B. We will pay reasonable costs you incur to perform the activity described in A.1. or A.2. above. But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property.

2. **Business Income Changes - Time Period**

   **Section I - Property** is amended as follows:

   a. Paragraph A.5.i. Civil Authority Additional Coverage is amended by deleting the second and third paragraphs and replacing them with the following:

   This coverage will apply for a period of up to four consecutive weeks from the date of that action.

   b. Paragraph (a) under Paragraph A.5.m.(6) Business Income From Dependent Properties Additional Coverage is replaced by the following:

   (a) Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises of the dependent property or secondary dependent property; and

   c. Paragraph H.9.a.(1)(a) of the "period of restoration" definition is replaced by the following:

   (a) Immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; or

3. **Business Income From Dependent Properties**

   Under Coverage Extensions 5.m. Business Income From Dependent Properties Additional Coverage is replaced by the following:

   (1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data," including destruction or corruption of "electronic data." If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt, or replaced.

The most we will pay under this Additional Coverage is $25,000.

4. **Business Income - Extended Business Income**

   Under Additional Coverages Business Income Paragraph 5.f.(2)(a)(ii)ii. is replaced with the following:

   ii. 60 consecutive days after the date determined in Paragraph (a)(i) above.

5. **Business Personal Property Limit - Seasonal Increase**

   Limits of Insurance C.5. is deleted and replaced by the following:

   a. Subject to Paragraph 5.b., the Limit of Insurance for Business Personal Property is automatically increased by:

   (1) The Business Personal Property - Seasonal Increase percentage shown in the Declarations; or

   (2) 50% if no Business Income Personal Property - Seasonal Increase percentage is shown in the Declarations;

   to provide for seasonal variances.

   b. The increase described in Paragraph 5.a. will apply only if Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

   (1) The 12 months immediately preceding the date the loss or damage occurs; or

   (2) The period of time you have been in business as of the date the loss or damage occurs.

6. **Cellular Phones**

The following are added to 6. Coverage Extensions:

g. **Cellular Phones**

(1) You may extend the insurance that applies to Business Personal Property to apply to cellular phones or similar hand held communication devices.

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence is $1,000.

(3) A $50 per occurrence deductible applies to this additional coverage. The deductible does not increase the amount of the deductible shown in the Declarations and will be used to satisfy the requirements of the deductible shown in the Declarations.

7. **Change in Temperature, Electrical Injury and Off-Premises Services**

We will pay for direct physical loss or damage to covered property caused by any of, or any combination of, the following causes of loss:

A. Change in Temperature.

A change in temperature or humidity resulting from a mechanical breakdown or malfunction of heating, refrigerating, cooling or humidity control equipment at the described premises.

B. Electrical Injury.

Artificially generated electric current, other than electrical arcing, that disturbs electrical devices, appliances or wires.

C. Off-Premises Services.

The interruption of service resulting from direct physical loss or damage by a covered cause of loss to the following property not on the described premises:

(1) Water supply services.

(2) Communication supply services.

(3) Gas, steam or electrical power.

The most we will pay for loss or damage in any one occurrence is $2,500.

8. **Consequential Loss to Stock**

The following is added to Paragraph E.5.d. Loss Payment.

(8) If a Covered Cause of Loss occurs to covered stock, we will pay any reduction in value of the remaining undamaged parts of covered stock.

Payment for any reduced value in stock is included within the applicable Limit of Insurance.

9. **Counterfeit Money, Money Orders and Fraudulent Use of Credit Card**

You may extend the insurance that applies to your Business Personal Property to apply to loss from the voluntary parting of any Covered Property by you, or anyone else to whom you have entrusted the Covered Property, due to the acceptance of counterfeit money, money orders, travelers' checks, or fraudulent credit card orders.

The most we will pay for this coverage is $2,500.

10. **Covered Property Extension - Within 1,000 Feet of Described Premises**

Under Covered Property, Paragraphs 1.a. (Buildings), 1.b. (Business Personal Property), 5.f.(1) (Business Income) and 5.g.(1) (Extra Expense) are amended to read "1,000 feet" in lieu of "100 feet."

11. **Employee Dishonesty**

Under Optional Coverages G.3.c., coverage for Employee Dishonesty is increased from $2,500 to $10,000.

12. **Fine Arts**

A. You may extend coverage to apply to "fine arts". The most we will pay under this Extension is $10,000. This limit does not reduce the limit available for Business Personal Property.

B. Additional Definitions

1. "Antique" means an object having value because its craftmanship is in the style or fashion of former times and its age is 100 years old or older.

2. "Fine arts" means paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; "antique" furniture; "antique" jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit.

95167(1-16)

## 13. Fire Department Service Charge

Under Additional Coverages 5.c., coverage for fire department service charge is increased from $2,500 to $10,000.

## 14. Fire Extinguishing System Recharge Expense

A. We will pay:

1. The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

2. For the loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

B. No coverage will apply if the fire extinguishing system is discharged during installation or testing.

C. The most we will pay under this Additional Coverage is $15,000 in any one occurrence.

## 15. Forgery or Alteration

Under Additional Coverages 5.k.(4), coverage for Forgery or Alteration is increased from $2,500 to $10,000.

## 16. Lock Replacement

We will pay the cost to repair or replace door locks (including door locks to walk-in safes or vaults) due to the theft of your keys. The most we will pay under this coverage is $2,500 in any one occurrence.

## 17. Money and Securities

G. Optional Coverages 2.c. is replaced with the following:

c. The most we will pay for loss in any one occurrence is:

(1) A limit of $10,000 for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) A limit of $5,000 for "money" and "securities" while anywhere else unless a higher limit is shown in the Declarations.

## 18. Newly Acquired or Constructed Property - Buildings

Under Coverage Extensions Paragraph 6.a. the most we will pay for loss or damage to newly acquired or constructed buildings is changed from $250,000 to $500,000 at each building.

## 19. Newly Acquired or Constructed Property - Business Personal Property

Under Coverage Extensions Paragraph 6.a. the most we will pay for loss or damage to business personal property at newly acquired or constructed buildings is changed from $100,000 to $250,000 at each building.

## 20. Ordinance or Law

| Schedule of Coverages | Limit of Insurance |
|---|---|
| Coverage 1 | Covered Building Limit |
| Coverage 2 & 3 | $100,000 |

This additional coverage applies only to buildings with Replacement Cost Coverage.

**Section I - Property** is amended as follows:

A. Each Coverage - Coverage 1, Coverage 2 and Coverage 3 - is provided under this endorsement only with respect to the building described on the Declarations.

B. Application of Coverage(s)

The Coverage(s) provided by this endorsement applies only if both B.1. and B.2. are satisfied and are then subject to the qualifications set forth in B.3.

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

85167(1-16)

(2) The building sustains direct physical damage:

 (a) That is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

 (b) That is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

 (c) But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

(3) In the situation described in B.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages 1, 2 and/or 3 of this endorsement.

Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section H. of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of Coverages 1, 2 and/or 3 of this endorsement.

C. We will not pay under Coverage 1, 2 or 3 of this endorsement for:

1. Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

2. The costs associated with the enforcement of or compliance with any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungi," wet rot or dry rot.

D. **Coverage**

(1) **Coverage 1 - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage 1 for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building. Coverage 1 is included within the Limit Of Insurance shown in the Declarations as applicable to the covered building. Coverage 1 does not increase the Limit of Insurance.

(2) **Coverage 2 - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

Paragraph E.5.d. Loss Payment Property Loss Condition does not apply to Demolition Cost Coverage.

(3) **Coverage 3 - Increased Cost Of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

 (a) Repair or reconstruct damaged portions of that building; and/or

167(1-16)

(b) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required; when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

(a) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(b) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph E.5.d. **Loss Payment** Property Loss Condition does not apply to the Increased Cost Of Construction Coverage.

E. **Loss Payment**

(1) All following loss payment Provisions E.2. through E.5. are subject to the apportionment procedure set forth in Section B.3. of this endorsement:

(2) When there is a loss in value of an undamaged portion of a building to which Coverage 1 applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

a. If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

(1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit Of Insurance shown in the Declarations as applicable to the covered building.

b. If the property is not repaired or replaced, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) The Limit Of Insurance shown in the Declarations as applicable to the covered building.

(3) The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost Of Construction, is the Combined Limit Of Insurance shown for Coverages 2 and 3 in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

b. With respect to the Increased Cost Of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 116 of 143

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. Under this endorsement, we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

H. Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section B.3. of this endorsement).

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss;

- The building has a value of $200,000;

- Total direct physical damage to building: $100,000;

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;

- Portion of direct physical damage that is covered (caused by wind): $30,000;

- Portion of direct physical damage that is not covered (caused by flood): $70,000; and

- Loss under Ordinance or Law Coverage 3 of this endorsement: $60,000.

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step 2:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage 3 loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverages 1 and 2 of this endorsement.

21. **Outdoor Property including All Signs**

Under 6. Coverage Extensions Paragraph c. is replaced by the following.

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (including signs attached to buildings), including debris removal expense.

The most we will pay for loss or damage under this Extension is $25,000

22. **Outdoor Property - Trees, Shrubs and Plants**

The following is added to 6. Coverage Extensions Paragraph c.

You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs and plants including debris removal expenses.

Loss or damage must be caused by or result from a "Specified cause of loss" meaning any of the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage;

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b.  Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside of a building or structure, unless the roof or an outside wall of building or structure is first damaged by a falling object.

c.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

The most we will pay for loss or damage under this Extension is $10,000 but not more than $1,000 for any one tree, shrub or plant.

23. **Personal Effects**

Under Coverage Extensions 6.d., the most we will pay for loss or damage under this Extension is $10,000 at each described premises.

24. **Personal Property of Others**

Under E. Property Loss Conditions, Paragraph 5.d.(3)(b) is removed and replaced with 5.d.(8).

Loss Payment 5.d.(8):

Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all the terms of this policy, and

(a) We have reached agreement with you on the amount of the loss; or

(b) An appraisal award has been made.

25. **Personal Property Off-Premises including Transit**

Coverage Extensions Paragraph b. Personal Property Off-premises limit is changed from $10,000 to $20,000. This coverage includes property in transit but excludes property at exhibitions, fairs, or trade shows.

26. **Preservation of Property**

Additional Coverages Paragraph b.(2) is changed from 30 days to 60 days.

27. **Reward Payment - Arson, Theft, or Vandalism**

We will pay a reward of $10,000 for information that leads to a conviction in connection with a fire, theft or vandalism loss sustained at the covered premises. This is the most we will pay under this coverage, regardless of the number of persons involved in providing the information.

28. **Tenant Building**

The following additional coverage is added:

We will pay up to $25,000 in any one occurrence for direct physical loss of or physical damage to Building and Business Personal Property at a premises described on the Declarations for which you have a contractual responsibility to insure. The loss or damage must be caused by or result from a Covered Cause of Loss. Building glass, fixtures, machinery, and equipment are included.

29. **Utility Services - Time Element**

The coverage provided by this endorsement is subject to the provisions of Section I - Property Coverages, except as provided below.

A.  The following is added to Paragraph A. Coverage:

We will pay for loss of Business Income or Extra Expense at described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph C. of this endorsement and is located outside of a covered building described in the Declarations.

B. Exception

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to "electronic data", including destruction or corruption of "electronic data".

C. Utility Services

1. Water Supply Services, meaning the following types of property supplying water to the described premises:

   a. Pumping stations; and

   b. Water mains.

2. Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables;

   c. Microwave radio relays except satellites; and

   d. Overhead transmission lines.

3. Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

   (a) Utility generating plants;

   (b) Switching stations;

   (c) Substations;

   (d) Transformers;

   (e) Transmission lines; and

   (f) Overhead transmission lines.

D. Paragraph C. Limits Of Insurance is replaced by the following:

The most we will pay for loss or damage in any one occurrence is $5,000.

30. **Water Back-Up and Sump Overflow**

A. We will pay for direct physical loss or damage to Covered Property, covered under Section I - Property, caused by, or resulting from:

1. Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

2. Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

   Drain does not include roof drain, gutter downspout or similar above ground drainage fixture or equipment.

   However, with respect to Paragraph A.2., we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

B. The most we will pay for the coverage provided under this endorsement for all loss or damage to Covered Property, Business Income or Extra Expense is $25,000 per location for interior building drains and $10,000 for exterior drains.

C. With respect to the coverage provided under this endorsement, the Water Exclusion in Section I - Property is replaced by the following:

Water

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or other openings; or

4. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1. or 3., or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs 1. through 4., is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs 1. through 4., results in fire, explosion, or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

Deductible

The following coverages are not subject to a deductible:

1. Reward Payment – Arson, Theft, and Vandalism;

2. Business Income from Dependent Properties; and

3. Lock Replacement.

95167(1-16)

## Commercial Liability Plus

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### COVERAGE

1. Additional Insured Broad Form Vendors
2. Amendment of General Aggregate
3. Borrowed Equipment
4. Duties in the Event of Occurrence, Claim or Suit
5. Damage to Premises Rented to You
6. Health Care Services
7. Medical Payments
8. Mobile Equipment
9. Non-Owned Watercraft
10. Product Recall
11. Supplementary Payments
12. Transfer of Rights of Recovery Against Others To Us
13. Voluntary Property Damage
14. Water Damage Legal Liability

This endorsement is subject to the provisions of SECTION II -- LIABILITY, except as described below:

1. **Additional Insured Broad Form Vendors**

   Under Paragraph C., **Who Is An Insured**, the following is added:

   a. Any person or organization with whom you agreed, because of a written contract or written agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

   b. The insurance afforded the vendor does not apply to:

   (1) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   (2) Any express warranty unauthorized by you;

   (3) Any physical or chemical change in the product made intentionally by the vendor;

   (4) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instruction from the manufacturer, and then repackaged in the original container;

   (5) Any failure to make such inspection, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the sale of the product;

   (6) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   (7) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient in any thing or substance by or for the vendor.

   c. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

09876(4-14)

2. **Amendment -- Aggregate Limits of Insurance**

   a. The Aggregate Limits under Paragraph D.4., apply separately to each of your:

      (1) Projects away from premises owned by or rented to you; and

      (2) "Locations" owned by or rented to you.

         "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

3. **Borrowed Equipment**

   a. Exclusion B.1.k. is amended as follows:

      Paragraph (4) of this exclusion does not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site.

   b. This insurance is excess over any other valid and collectible property insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis.

4. **Duties in the Event of Occurrence, Offense, Claim or Suit**

   a. The requirement in Paragraph E.2.a. that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

      (1) You, if you are an individual;

      (2) A partner, if you are a partnership; or

      (3) An executive officer or insurance manager, if you are a corporation.

   b. The requirement in Paragraph E.2.b. that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

      (1) You, if you are an individual;

      (2) A partner, if you are a partnership; or

      (3) An executive officer or insurance manager, if you are a corporation.

5. **Damage to Premises Rented to You**

   a. The word "fire" is amended to "fire, lightning or explosion" where it appears in Paragraph D.3.

   b. The last paragraph of B.1., Exclusions Applicable To Business Liability Coverage is replaced by the following:

      Exclusions a., d., e., f., g., h., i., k., l., m., n. and o. do not apply to damage by fire, lightning or explosion to premises rented to you or temporarily occupied by you with permission of the owner. A separate Damage to Premises Rented to You Limit of Insurance applies to this coverage as described in Paragraph D. Liability and Medical Expenses Limit of Insurance in Section II -- Liability.

   c. The Damage to Premises Rented to You limit of insurance is the higher of:

      (1) $500,000; or

      (2) The amount shown in the Declarations for Damage to Premises Rented to You.

   This provision 5. does not apply if Damage to Premises Rented to You is excluded either by the provisions of the Businessowners Coverage Form or by endorsement.

6. **Health Care Services**

   a. The definition of "bodily injury" in Paragraph F. is amended to include injury arising out of the rendering or failure to render medical or paramedical services to persons by any physician, dentist, nurse, emergency medical technician or paramedic who is employed by you to provide such services.

   b. Paragraph 2.a.(1)(d) of WHO IS AN INURED does not apply to nurses, emergency medical technicians or paramedics referred to in a. above.

   c. Paragraph B.1.e.(1) does not apply to injury to the emotions or reputation of a person arising out of the rendering of such services.

   d. This provision 6. does not apply if you are engaged in the business or occupation of providing any services referred to in a. above.

7. **Medical Payments**

   a. In Paragraph A.2.a.(3)(b), "one year" is changed to "three years."

09876(4-14)

b. The Medical Expense Limit in Paragraph D.2. is replaced by a new Medical Expense Limit, which will be subject to all the terms of LIMITS OF INSURANCE. The new Medical Expense Limit is an additional $5,000 in excess of Medical Expense Limit provided by the Coverage Part.

c. This provision 7. does not apply if MEDICAL PAYMENTS is excluded either by the provisions of the Businessowners Coverage Form or by endorsement.

d. This provision 7. applies in excess of any other valid and collectible insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis.

8. **Mobile Equipment**

Under the DEFINITIONS section, Paragraph f.(1)(a), (b) and (c) of **Mobile Equipment** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

9. **Non-Owned Watercraft**

a. This provision 9. applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

b. This provision 9. does not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under this provision, whether the other insurance is primary, excess, contingent or on any other basis. In that case, this provision 9. does not provide any insurance.

10. **Product Recall**

a. **Coverage**

(1) We will pay for "product recall expense" which you incur as a result of an "incident".

(2) The amount that we will pay for "product recall expense" is limited as described under Limit of Insurance below.

b. **Exclusions**

This insurance does not apply to "product recall expense" incurred as a result of:

(1) A retail or service operation.

(2) Any condition likely to cause a loss known by you, or which should have been known by you, to exist prior to the effective date of this coverage.

(3) Any product or batch of products known to be defective.

(4) Any product distributed after the determination that a recall was necessary for that product.

(5) The failure of any product to accomplish its intended purpose.

(6) Any breach of warranty.

(7) The recall of any product solely because the product exceeded its shelf life or became obsolete.

(8) "Tampering" by, or with the prior knowledge of, you or any of your owners, partners, directors or officers.

(9) Any product with no known or suspected defect that is recalled because of a known or suspected defect in another product.

(10) Any redistribution or replacement of a recalled product by a like or substitute product.

(11) An "incident":

(a) Arising out of an organization you newly acquire or form; and

(b) That occurred before you acquired or formed the organization.

c. **Deductible**

We will not pay for "product recall expense" in any one "incident" until the amount of "product recall expense" exceeds the deductible amount of $500. We will then pay the amount of "product recall expense" in excess of the deductible up to the Limit of Insurance.

d. **Participation Percentage**

You agree to participate in the payment of "product recall expense" which exceeds the deductible amount by a Participation Percentage of 20 percent.

09876(4-14)

e. **Limit of Insurance**

The most we will pay under this Additional Coverage after the application of the Participation Percentage and regardless of the number of "incidents" is $50,000.

f. **Conditions**

(1) **Duties in the Event of an "Incident"**

When an "incident" has occurred or you become aware of circumstances that may result in an "incident" you must:

(a) Notify us promptly in writing;

(b) Cease the shipping, distribution or release of any of "your product" that may be defective until it has been determined that such products are free from any defect that may cause a loss under this coverage;

(c) Cooperate with us in the investigation and settlement of the claim;

(d) As often as may be reasonably required, permit us to inspect any of "your product" claimed to be defective and take samples for testing and analysis;

(e) Permit us to view your books and records for the purpose of determining the extent of the loss.

(2) **Abandonment**

There can be no abandonment of property to us.

g. **Definitions**

(1) "Incident" means a determination during the policy period by you or by a governmental authority that the use or consumption of "your product" could result in "bodily injury" or "property damage" which necessitates the recovery of possession or control of "your product" from any distributor, purchaser or user, or the destruction of such products.

For the purposes of this definition a determination has occurred when a governmental authority has requested you to conduct a recall or you have publicly announced your intention to conduct a recall.

(2) "Product recall expense" means the reasonable and necessary costs incurred by you for the recall of "your product" consisting of any of the following:

(a) Postage, printing, telephone communication charges, or the cost of radio, television or newspaper advertisements to announce the recall or to give instructions to consumers or distributors regarding the necessary return or destruction of any recalled product;

(b) The cost of shipping "your product" from any purchaser, distributor or user to the place or places designated by you including reasonable charges made by the purchaser, distributor or user for their actual expenses associated with preparing the shipment;

(c) Wages paid to your temporary employees;

(d) Wages paid to your regular employees, other than your salaried employees, for overtime work;

(e) Travel expenses incurred by you or your employees;

(f) Rental and utility expenses incurred by you for temporary storage facilities;

(g) The actual cost of disposal of "your product", but only to the extent that specific methods of destruction or disposal other than those usually employed for trash disposal are required to avoid "bodily injury" to any person or "property damage" to the property of others;

(h) Reasonable charges made to you by the purchaser, distributor, or user of "your product" for their actual expenses of preparing "your product";

but only when such costs or expenses are incurred exclusively for the purpose of, or as a direct result of, the recall of "your product".

09876(4-14)

(3) "Tampering" means an actual or alleged, intentional, malicious and wrongful alteration or contamination of "your product" which renders it unfit or dangerous for use or consumption or conveys that impression to the public.

(4) "Your product" means:

(a) Any goods or products other than real property, manufactured, sold, handled, or distributed by:

(i) You;

(ii) Others trading under your name; or

(iii) A person or organization whose business or assets you have acquired; and

(b) Containers (other than vehicles), materials, parts or equipment furnished in conjunction with such goods or products.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

h. Paragraph B.1.o. does not apply to the coverage provided by this endorsement.

## 11. Supplementary Payments

Paragraph A.1.f. is amended as follows:

a. The limit for the cost of bail bonds is amended from $250 to $2,500; and

b. The limit for loss of earnings is changed from $250 a day to $500 a day.

## 12. Transfer of Rights of Recovery Against Others To Us

Transfer of Rights of Recovery Against Others To Us is amended by the addition of the following:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" included in the "products-completed operations hazard" when you have assumed liability for such injury or damage under an "insured contract".

## 13. Voluntary Property Damage

a. Exclusion k.(4) does not apply to personal property of others in your care, custody or control on which you are performing operations, provided that the "occurrence" takes place away from property you own, rent or occupy.

b. Exclusions k.(5) and k.(6) do not apply to the first $5,000 of "property damage" for each "occurrence" provided that the "occurrence" takes place away from property you own, rent or occupy.

c. We will pay at the request of the named insured, for loss or damage to the property of others covered in the above extension subject to a limit of $5,000 for each "occurrence" and a $250 deductible for each claim. If we so request, the named insured shall replace the damaged property or furnish the labor and materials necessary for repairs at actual cost to the insured, excluding profit or overhead charges.

d. The Limit of Liability stated in the Declarations for Liability and Medical Payments DOES NOT APPLY to the Voluntary Property Damage coverage provided in this provision 13.

e. The Limit of Liability applicable to this Voluntary Property Damage provision 13. is as follows:

Limit of Liability:

$5,000 Each "Occurrence"

$10,000 Aggregate

"Aggregate limit", as used in this provision 13., refers to the total limit of liability for any annual policy period, regardless of the number of "occurrences", insureds, claims made, or "suits" brought during that annual policy period.

## 14. Water Damage Legal Liability

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" arising out of water damage to premises that are both rented to and occupied by you. The most we will pay for all "property damage" arising out of any one "occurrence" is $50.000.

b. Coverage for Water Damage Legal Liability does not apply to:

(1) "Property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

(2) "Property damage" caused by or resulting from any of the following:

    (a) Wear and tear;

    (b) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    (c) Smog or smoke;

    (d) Settling, cracking, shrinking or expansion;

    (e) Insects, birds, rodents or other animals; or

    (f) Mechanical breakdown, including rupture or bursting caused by centrifugal force.

(3) "Property damage" caused directly or indirectly by any of the following:

    (a) Any earth movement, such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting;

    (b) Volcanic eruption, explosion or effusion;

    (c) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal waves, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    (d) Mudslide or mudflow;

    (e) Water that backs up or overflows or is otherwise discharged from a sewer or drain, sump, sump pump or related equipment; or

    (f) Water under the ground surface pressing on, or flowing or seeping through:

        (i) Foundations, walls, floors or paved surfaces;

        (ii) Basements, whether paved or not; or

        (iii) Doors, windows or other openings.

(4) "Property damage" caused by or resulting from any of the following:

    (a) Water that leaks or flows from any plumbing, heating, air conditioning or fire protection system caused by or resulting from freezing, unless:

        (i) You make a reasonable effort to maintain heat in the building or structure; or

        (ii) You drain the equipment and shut off the water supply if the heat is not maintained.

(5) "Property damage" to:

    (a) Plumbing, heating, air conditioning, fire protection systems, or other equipment or appliances; or

    (b) The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not.

09876(4-14)

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## Incidental Medical Malpractice Injury Endorsement

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The following is added to Section II -- Liability, Paragraph A. Coverages:

   3. **Incidental Medical Malpractice Injury Liability**

      a. We cover "bodily injury" arising out of the rendering or failure to render the following services:

         (1) Medical, surgical, dental, x-ray or nursing services or treatment, or the furnishing of food or beverages in connection therewith; or

         (2) The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

B. The following is added to Section II -- Liability, Paragraph B. Exclusions:

   4. **Applicable to Incidental Medical Malpractice Injury Liability Coverage**

      This insurance does not apply to:

      a. Expenses incurred by an insured for first aid to others at the time of an accident; or

      b. An insured or an employee engaged in the business or occupation of providing any of the services described under (1) and (2) above; or

      c. Injury caused by an indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described in (1) and (2) above.

94098(3-09)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUILDING LIMIT – RENEWAL ADJUSTMENT PROVISION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

The Limit of Insurance for Buildings may be adjusted at renewal to reflect changes in reconstruction costs. This adjustment will be based upon Verisk 360Value® Quarterly Construction Cost indexes. The adjustment may be waived by the first Named Insured shown in the Declarations with verification that the resulting coverage amount continues to meet the company's current eligibility requirements.

All other policy provisions apply to this coverage.

97264 (04 20)

BUSINESSOWNERS
BP 04 54 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEWLY ACQUIRED ORGANIZATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **C. Who Is An Insured** in **Section II – Liability:**

3. Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Paragraph **A.1. Business Liability** does not apply to:

   (1) "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   (2) "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

BUSINESSOWNERS
BP 04 83 01 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL OF INSURANCE-TO-VALUE PROVISION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

Paragraph **E.5.d. Loss Payment** Property Loss Condition in **Section I – Property** is amended as follows:

A. Paragraph d.(1)(a) is replaced by the following:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(i) The Limit of Insurance under Section I – Property that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

B. Paragraph d.(1)(b) does not apply.

Case 1:26-cv-00164 Document 1-1 Filed 06/04/26 Page 130 of 143

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITION – TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The following is added to **Section II – Liability** under **E. Liability and Medical Payments General Conditions**

   5. **Two or More Coverage Forms or Policies Issued By Us**

     If more than one coverage form or policy issued to you by us or any company affiliated with us, applies to the same "occurrence", wrongful act, accident or loss the most that we will pay for "bodily injury", "property damage", "personal and advertising injury" or any other injury, damage, loss or expense arising out of such "occurrence", offense, wrongful act, accident or loss is the highest applicable Limit of Insurance under any one coverage form or policy, regardless of the number of coverage forms or policies issued to you by us, or any company affiliated with us that apply to the same "occurrence", offense, wrongful act, accident or loss.

     This condition does not apply to any coverage form or policy issued by us or any affiliated company specifically to apply as excess insurance over this insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| |
|---|
| **Fungi And Bacteria Liability Aggregate Limit:** $ 50,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following provisions are added to **Section II – Liability:**

A. The following is added to Paragraph **B.1.p.(10) Exclusions:**

    (c) Abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

B. The following is added to Paragraph **B.1.p. Exclusions:**

    (14) Arising out of a "fungi or bacteria incident".

C. Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi And Bacteria Liability Aggregate Limit as described in Paragraph **D.** of this endorsement. This provision **C.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

D. The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

    1. The Fungi And Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" or "property damage" and Medical Payments arising out of a "fungi or bacteria incident". This Provision **D.1.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

    2. Paragraphs **D.2.** and **D.3.** of the Liability And Medical Expenses Limits Of Insurance continue to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi And Bacteria Liability Aggregate Limit.

E. The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

    1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

    2. "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

© Insurance Services Office, Inc., 2009

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 132 of 143

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## Absolute Asbestos Exclusion

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Coverage is not provided for "bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of or in any way related to "asbestos".

The term "asbestos", as used in this exclusion means any type or form of asbestos, including, but not limited to, asbestos, asbestos products, asbestos fibers, asbestos dust and asbestos contained in products or materials.

93068(1-17)

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## Lead Contamination Exclusion

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury" or "personal and advertising injury" arising out of, resulting from, or in any way caused or contributed to by the actual, alleged or threatened ingestion, inhalation, absorption of, exposure to, or presence of lead in any form emanating from any source; or

2. Any loss, cost or expense arising out of any:

    a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

    b. Claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

We will not be obligated to investigate, defend or indemnify any insured or any other person or entity claiming any right under this insurance, for the matters excluded in this endorsement.

96210(1-17)

**BUSINESSOWNERS**
**BP 04 17 01 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II – Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

(1) A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Case 1:26-cv-00164     Document 1-1     Filed 06/04/26     Page 135 of 143

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B. Exclusions** in **Section II – Liability:**

**B. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

4. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions** in **Section II – Liability:**

1. "Silica" means silicon dioxide, (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 136 of 143

**BUSINESSOWNERS**
**BP 14 86 07 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions in Section II – Liability:**

**Communicable Disease**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

a. Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

b. Testing for a communicable disease;

c. Failure to prevent the spread of the disease; or

d. Failure to report the disease to authorities.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 137 of 143

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. Exclusion **B.1.q.** of **Section II – Liability** is replaced by the following:

This insurance does not apply to:

**q. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

(1) Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

© Insurance Services Office, Inc., 2013

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 138 of 143

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II – Liability:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 139 of 143

**BUSINESSOWNERS**
**BP 15 60 02 21**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

1. Unauthorized access to or use of any computer system (including "electronic data").

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including "electronic data") and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including "electronic data") or otherwise disrupt its normal functioning or operation.

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Computer Fraud And Funds Transfer Fraud Endorsement**

The exclusion in Paragraph **A.** does not apply to the Computer Fraud And Funds Transfer Fraud endorsement when attached to your policy.

**4. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**5. Information Security Protection Endorsement**

The exclusion in Paragraph **A.** does not apply to the Information Security Protection Endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism:

Vandalism does not include a cyber incident as described in Paragraph **A.**

Case 1:26-cv-00164　　　Document 1-1　　　Filed 06/04/26　　　Page 140 of 143

**BUSINESSOWNERS**
**BP 15 91 12 23**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **B. Exclusions:**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Bodily injury" or "property damage" which would not have occurred, or "personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**B.** The following is added to Paragraph F. **Liability And Medical Expenses Definitions:**

"Perfluoroalkyl or polyfluoroalkyl substances" means any:

**1.** Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

**a.** Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

**b.** Perfluoroalkyl acids (PFAA), such as perfluorooctanoic acid (PFOA) and its salts, or perfluorooctane sulfonic acid (PFOS) and its salts;

**c.** Perfluoropolyethers (PFPE);

**d.** Fluorotelomer-based substances; or

**e.** Side-chain fluorinated polymers; or

**2.** Good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in Paragraph **B.1.**

Case 1:26-cv-00164    Document 1-1    Filed 06/04/26    Page 141 of 143

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ACTUAL CASH VALUE AND DEPRECIATION AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
LEGAL LIABILITY COVERAGE FORM

The following replaces any language in the policy that provides or uses the term "Actual Cash Value":

"Actual Cash Value" is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for "Depreciation", deterioration, or obsolescence. "Actual Cash Value" applies to valuation of covered property, regardless of whether that property has sustained partial or total loss or damage.

"Actual Cash Value" of lost or damaged property may be significantly less than its replacement cost.

**Definitions:**

1. "Actual Cash Value" means the replacement cost to repair or replace lost or damaged covered property with new property of similar quality and features, reduced by the value of "Depreciation" that is applicable to the lost or damaged covered property directly prior to the loss.

2. "Depreciation" means a decrease in value due to age, wear & tear, deterioration or obsolescence, and includes the following:

   a. The costs of materials, services, and labor;

   b. Any applicable taxes; and

   c. Profit and overhead necessary to repair or replace lost or damaged covered property as stated above.

## RETURN OF SERVICE

State of North Carolina      County of Swain      CIRCUIT Court

Case Number: 26CV000102-860

Plaintiff: MAGGIE'S GIFT MART, LLC
vs.
Defendant: FRANKENMUTH INSURANCE COMPANY

For: Charles Gowland
    MORGAN LAW GROUP

Received by Z Process Service, Inc on the 4th day of May, 2026 at 11:59 am to be served on NORTH CAROLINA DEPARTMENT OF INSURANCE, 1201 MAIL SERVICE CENTER, RALEIGH, NC 27699. I, _Rachel Cleve_, do hereby affirm that on the _19_ day of _May_, 20_26_ at _1:20_ pm., executed service by delivering a true copy of the CIVIL SUMMONS, RETURN OF SERVICE, COMPLAINT, FIRST CAUSE OF ACTION, SECOND CAUSE OF ACTION, THIRD CAUSE OF ACTION, REQUEST FOR DECLARATORY RELIEF, EXHIBIT A in accordance with state statutes in the manner marked below:

[ ] PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

[ ] SUBSTITUTE SERVICE: By serving _____ as _____.

[✓] CORPORATE SERVICE: By serving _Rasheema Mowra_ as _Paralegal III_

[ ] OTHER SERVICE: As described in the Comments below by serving _____ as _____.

[ ] NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _African-American female, 5'4", 170 lbs, 35 yrs_

_Service was made at their new address: 3200 Beechleaf Ct Raleigh, NC 27604_

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes. Notary not required pursuant to F.S. 92.525.

_Rachel Cleve_

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Z Process Service, Inc
8750 NW 36th Street
Suite 670
Miami, FL 33178
(305) 463-0040

Our Job Serial Number: 2026012589

